CO-386
10/2018

# United States District Court
# For the District of Columbia

American Foreign Service Association )
)
)
)
                vs    Plaintiff )  Civil Action No. 1:25-cv-1030
)
Donald J. Trump, et al. )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  American Foreign Service Association   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  American Foreign Service Association   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

198026
BAR IDENTIFICATION NO.

April H. Pullium
Print Name

5301 Wisconsin Ave. NW, Suite 800
Address

Washington, D.C. 20015
City          State          Zip Code

202-362-0041
Phone Number