# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 25-cv-1030-PLF |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

## PLAINTIFF AMERICAN FOREIGN SERVICE ASSOCIATION'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and L. Civ. R. 65.1, Plaintiff American Foreign Service Association ("AFSA"), a labor union that represents nearly 18,000 Foreign Service employees, submits this motion for preliminary injunctive relief. AFSA respectfully requests a hearing on the motion on Monday, May 5, 2025.

Defendant Donald J. Trump issued Executive Order No. 14251 on March 27, 2025 that deprives an overwhelming majority of Foreign Service employees of their rights to organize and bargain collectively. Defendant Charles Ezell, the acting Director of the Office of Personnel Management, issued a Guidance Memorandum to Heads and Acting Heads of Agencies advising them on how to implement the Executive Order by withdrawing recognition from the employees' exclusive bargaining representatives, terminating existing collective bargaining agreements and taking other actions to undermine the employee's representatives, like AFSA. Defendants U.S. Department of State ("State") and U.S. Agency of International Development ("USAID"), along with Defendant Marco Rubio, the Secretary of State and Acting Administrator of USAID, have

taken steps to implement the Executive Order pursuant to the OPM Guidance. This unlawful conduct threatens to eliminate the rights to organize and bargain collectively, not because of any legitimate "national security" issues, but to retaliate against unions, like AFSA, for their efforts to represent these employees. Foreign Service employees have lost the ability to bargain collectively at a time when it matters the most, as the Administration continues to make significant, ongoing changes to employees' working conditions and employment. This lost ability and opportunity to bargain results in harms to those employees and AFSA that are immeasurable and that will become irreparable absent emergency relief.

For these reasons, along with those in the accompanying Memorandum in Support, AFSA respectfully requests this Court to enjoin the application and enforcement of Sections 1(b), 3 and 6 of Executive Order No. 14251 and OPM's Guidance on implementing the Executive Order as set forth in the proposed Order.

DATED: April 14, 2025                                Respectfully submitted,

                                          By:   /s/ Richard J. Hirn
                                                Richard J. Hirn
                                                D.C. Bar No. 291849
                                                5335 Wisconsin Ave., NW, Suite 440
                                                Washington, D.C. 20015
                                                (202) 274-1812
                                                richard@hirnlaw.com

                                                Keith R. Bolek
                                                Bar No. 463129
                                                April H. Pullium
                                                Bar No. 198026
                                                O'Donoghue & O'Donoghue LLP
                                                5301 Wisconsin Avenue, Suite 800
                                                Washington, D.C. 20015
                                                (202) 362-0041
                                                kbolek@odonoghuelaw.com
                                                apullium@odonoghuelaw.com

Sharon L. Papp*
General Counsel
D.C. Bar No. 107992
Raeka Safai*
Deputy General Counsel
D.C. Bar No. 977301
American Foreign Service Association
2101 E Street, NW
Washington, DC 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*D.D.C. Application Pending

*Counsel for Plaintiff American Foreign Service Association*

3