# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| AMERICAN FOREIGN SERVICE ) | |
| ASSOCIATION, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 1:25-cv-1030-PLF |
| ) | |
| v. ) | |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## DECLARATION OF TINA WONG

I, Tina Wong, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am the Vice President (VP) for the American Foreign Service Association (AFSA) representing members of the Foreign Service at the Department of State (State). I have held this position since July 15, 2023. As AFSA State VP, I am the primary AFSA elected official who engages in collective bargaining on behalf of Foreign Service employees with the Department of State.

2.      Prior to my election as AFSA State VP, I served as an economic officer advancing policy priorities that kept America safer, stronger, and more prosperous. Since I joined the Foreign Service in 2013, I have been a proud member of our US diplomatic teams countering China's and Russia's influence in the Western Balkans, in the Asia Pacific Economic Cooperation (APEC) Forum supporting U.S. farmers to export to new

markets, and winning back American jobs through President Trump's U.S.-China Phase One Trade Agreement.

3.      On January 22, 1973, AFSA was certified as the exclusive representative of all Foreign Service employees at State. The bargaining unit consists of one single world-wide bargaining unit, excluding confidential employees as described in Section 1002(6) of the Foreign Service Act (FSA), management officials as described in Section 1002(12) of the FSA, employees engaged in personnel work in other than a purely clerical capacity, employees engaged in criminal or national security investigations, and employees who audit the work of individuals to ensure that their functions are discharged with honesty and integrity.

4.      AFSA represents active-duty members of the Foreign Service across six foreign affairs agencies – USAID, Department of State, Foreign Commercial Service (FCS), Foreign Agricultural Service (FAS), Animal and Plant Health Inspection Service (APHIS) and U.S. Agency for Global Media (USAGM). Over 80 percent of the members of the Foreign Service are dues-paying members of AFSA.

5.      There are 11,949 dues-paying AFSA members at State. The bargaining unit represented by AFSA contains 14,699 Foreign Service members employed at State.

6.      Employees at State typically serve for three-year tours of duty overseas and must bid for new assignments ten months before the end of each tour

7.      On July 15, 2019, AFSA and State entered into a new, updated Framework Agreement. The Framework Agreement covers issues relating to AFSA's and the Department's labor management relations, including 100 percent official time for the AFSA President and State Vice President, office space in the Harry S. Truman building at

no charge to AFSA, use of the Department's electronic mail systems to communicate with members, the union's right to information, union dues allotments, and the requirement that the Department provide AFSA with notice and the opportunity to bargain regarding changes to conditions of employment.   The Framework Agreement was extended, without change, in January 2025, for three years.

8.      In addition to negotiating the Framework Agreement, AFSA previously met every two weeks with management at State to discuss issues affecting the bargaining unit. I attended these meetings in my capacity as State VP. Where necessary, AFSA would follow up with State's Chief Labor Management Negotiator about negotiating relevant agreements on issues discussed in our meetings. We were often able to informally resolve employee questions and issues by speaking with our management counterparts. These meetings reduced the need to file grievances.

9.      One issue we discussed in recent meetings was the implementation of President Trump's Executive Order 14,151, which ended Diversity, Equity, and Inclusion for government employees. This Executive Order conflicts with our negotiated procedural precepts, described in Paragraph 13, below. AFSA proposed a compromise that would have followed the Executive Order, but State rejected it and refused to negotiate over the implementation of the Executive Order, and instead unilaterally changed these procedural precepts just two months before April 15, 2025, the end of the performance evaluation rating period, leaving Foreign Service employees scrambling to make changes to their evaluations. AFSA then announced to its membership that it intended to take legal action over State's refusal to negotiate.

10.     AFSA bargaining unit members pay voluntary membership dues to AFSA, which is the union's overwhelming source of operational funding. The vast majority of AFSA members have elected to have their dues deducted by State.

11.     The March 27, 2025, Executive Order titled "Exclusion from Federal Labor-Management Relations Programs" will have an immediate and devastating impact on AFSA's ability to safeguard the interests and rights of State Foreign Service members and upon AFSA's finances.

12.     On March 31, 2025, the State Department's Chief Negotiator, sent me an email that stated:

> On Thursday, March 27, 2025, the President issued an Executive Order (EO), entitled "Exclusions from Federal Labor-Management Relations Programs." In compliance with the EO, effective immediately, the Department hereby terminates the Framework Agreement with AFSA and will no longer recognize AFSA as an exclusively recognized labor organization.
>
> The Department will cease all further payroll dues allotments immediately. Additionally, all recurring meetings between AFSA and the Department are cancelled. Official time for the AFSA President, AFSA State VP, and the additional AFSA representative on 100% official time under the terms of Article 5, Section 3(b) of the Framework Agreement will end at close of business today. We encourage these employees to be in contact with their CDO [Career Development Officers] to pursue appropriate follow-on assignments.
>
> AFSA elections may not proceed using agency space or government equipment (i.e., .gov messaging). AFSA must also remove all material from and vacate AFSA's Department-provided office suite in HST by COB April 4. AFSA's access to the suite will end no later than Friday, April 4.

13.     Stripping AFSA of its right to negotiate conditions of employment, procedures, and appropriate arrangements for our members at State will harm members by allowing management to unilaterally discard safeguards that have balanced the rights of employees and management for over 50 years. As an example, AFSA negotiates the annual procedural precepts and the three-year core precepts that instruct the Foreign Service

4

Selection Boards on promotion criteria. These precepts provide the guidelines by which Tenure and Selection Boards determine the tenure and promotability of U.S. Foreign Service employees. By stripping AFSA of its status as the exclusive representative of State Department Foreign Service employees, the Department has free reign to rewrite the Procedural Precepts and the Core Precepts, removing fairness and transparency from the process and destabilizing the predictability of evaluation and promotion standards. A copy of the 2024 – 2025 Procedural Precepts is provided as Exhibit 1 to my Declaration.

14.     AFSA and the Department of State have not yet finalized and agreed upon the 2025 promotion procedural precepts.  Now that the Department is refusing to recognize AFSA as the exclusive representative and will not meet with AFSA, AFSA will have no input on the procedural precepts for the upcoming cycle. Without AFSA's input, the Department has carte blanche to institute new rules and procedures that could adversely affect Foreign Service members.

15.     AFSA negotiated a procedure for the first step of the grievance process with State. The agreed-upon procedure is codified in State's Foreign Affairs Manual, at 3 FAM 4400.

16.     AFSA also negotiated a detailed disciplinary procedure with State. The agreed-upon procedure is codified in State's Foreign Affairs Manual, at 3 FAM 4300.

17.     State has informed me that it will make its final automatic dues deductions from AFSA members who have authorized those deductions on April 17, 2025. In other words, there will be no further automatic dues deductions from April 18 onward. The immediate cessation of automatic dues deductions from over 11,000 State Foreign Service members means that AFSA will potentially lose over $350,000 a month in revenue.

18.     AFSA's Framework Agreements provide AFSA's attorneys and grievance staff access to the State's computer networks and office space. AFSA's State Vice President, one AFSA State Representative, and ten members of AFSA's legal and grievance staff, whose salaries are paid from union dues, have offices in the State Department. On March 31, 2025, the Chief Negotiator for State notified me that AFSA must vacate AFSA's Department provided office suite by close of business on April 4, 2025. Many of AFSA's attorneys and professional staff have worked for AFSA for more than 20 or 30 years. They have documents pertaining to AFSA members' individual grievance and discipline cases, in addition to historical union documents, on their government computers.  AFSA anticipates that the Department of State is going to disable their .gov email accounts with little to no warning and that important documents stored on the .gov system will be forever lost. While AFSA has its headquarters office at 2101 E Street, NW, Washington, DC, there is not sufficient suitable space for AFSA's elected constituency Vice Presidents, legal and grievance staff.  To rent space for these AFSA officials and staff in the Washington, DC area will be costly.

19.     AFSA's Framework Agreement also provides 100% official time for the AFSA President, who is a State Department Foreign Service employee, the State Vice President, and one AFSA State Representative. Service in these positions lasts for two years, which is similar to the average length of a Foreign Service assignment.

20.     Prior to the Executive Order, I was performing union duties on official time. Because I have not been planning to run for re-election as State VP in AFSA's upcoming officer elections, I have an overseas assignment lined up to begin after new officers take office in July 2025. I had begun some training for my new position before the Executive

Order issued, but I still performed AFSA duties part-time on official time as well as planned to perform AFSA duties full-time on official time during the months of May, June and July when I have already finished my training. After State withdrew recognition of AFSA as the exclusive representative, my official time ended at the close of business on March 31. I now must be in continuous training full-time right up until my upcoming assignment, so I no longer have time to perform my AFSA duties during the workday.

21.    AFSA also has Greg Floyd, our State representative, who I routinely work with. The State representative was performing AFSA duties on full-time official time prior to the Executive Order. His official time also ended on March 31. He has reported early to full-time work at his next work assignment, in the Bureau of Consular Affairs in Washington, D.C. The State representative is now also unable to perform AFSA duties during the workday.

22.    The timing of the Executive Order creates additional hardships for AFSA and for members of the Foreign Service. AFSA is in the middle of elections for the 2025-2027 governing board, which includes the 100% official time Vice President position for State and the 100% official time State Representative position. The new board begins its two-year term on July 15.    Removing the incumbent VP and the incumbent State Representative, and potentially eliminating a future VP and full-time State Representative, during this time will remove crucial advocates for members facing extreme negative actions by the current administration.

23.    The injuries suffered by State Foreign Service employees, AFSA elected officials, and AFSA staff members are ongoing or imminent and will persist unless this Court intervenes.

Executed on April 14, 2025

Tina Wong

# EXHIBIT
# 1

**PROCEDURAL PRECEPTS FOR THE 2024 FOREIGN SERVICE SELECTION BOARDS**

TABLE OF CONTENTS

PART I - PURPOSE AND PROCEDURES
    A. OVERVIEW
    B. MAJOR RESPONSIBILITIES
        1. Promotion
        2. Low-Ranking and Referral to a Performance Standards Board
    C. ADDITIONAL AUTHORITIES AND RESPONSIBILITIES
        1. Limited Career Extensions
        2. Non-Rates
        3. Bidding Privileges
        4. Counseling Function
        5. Commendation
        6. Board Recommendations
    D. BRIEFINGS, MATERIALS AND GENERAL GUIDANCE
        1. Evaluative Material
        2. Scoring Rubric
        3. Cross-Functional Competency
    E. RECUSAL
    F. FINDINGS AND RECOMMENDATIONS
    G. OATH OF OFFICE

PART II - ELIGIBILITY
    A. ELIGIBILITY FOR BOARD REVIEW
    B. ELIGIBILITY FOR LIMITED CAREER EXTENSIONS

PART III - ORGANIZATION OF THE BOARDS
    A. ORGANIZATION OVERVIEW
    B. SENIOR BOARDS
        1. Minister-Counselor Board (SFS-II)
        2. Counselor Board (SFS-III)
        3. Senior Specialist and Specialist Threshold Board (SFS-IV)
        4. Generalist Threshold Boards (Boards SFS-V)
    C. INTERMEDIATE BOARDS
        1. Boards G-II
        2. Boards G-III
        3. Boards G-IV
        4. Board S-I
        5. Boards S-II
        6. Board S-III
        7. Boards S-IV
        8. Boards S-V

2

Addenda
1. Security Awareness
2. Equal Employment Opportunity Principles
3. The Department's Leadership and Management Principles for Department Employees (3 FAM 1214)
4. Requirements for OMS Promotion to FP-02
5. Requirements for Promotion into the Senior Foreign Service
6. Scoring Core Precept Narratives
7. Cross-Functional Competency Scoring Scale

**PROCEDURAL PRECEPTS FOR THE 2024 FOREIGN SERVICE
SELECTION BOARDS**


**Equality of Consideration**
**All Employees will be compared and judged solely on merit with absolute fairness and justice.  No employee will be discriminated against, directly or indirectly, for reasons of race, color, religion, sex (including pregnancy, sexual orientation, and gender identity), national origin, disability, age, genetic information, retaliation, political affiliation, or means of entry into the Service.**

## PART I. PURPOSE AND PROCEDURES

These Procedural Precepts (Precepts) establish the organization and responsibilities of the Foreign Service Selection Boards (Boards) and describe the criteria the Boards apply in reaching their determinations.  These Precepts are negotiated annually with the American Foreign Service Association (AFSA).  If the language of the Precepts varies from that in the Foreign Affairs Manual (FAM) or Foreign Affairs Handbook (FAH), the language in the Precepts shall be governing.


## A.  OVERVIEW

The number of employees to be promoted is based on a statistical analysis and systematic long-term projection of personnel flows and staffing needs.  Boards make their decisions based on the Decision Criteria for Tenure and Promotion in the Foreign Service (Core Precepts – as negotiated every three years with AFSA) as reflected by the employee's effectiveness in policy leadership and program management, collaboration across functional lines and human resources development, and potential for continued success in these areas if they were to be promoted.  The Core Precepts are a separate document, and negotiated separately with AFSA.

The Boards identify and rank order all of those who are recommended for promotion, without regard to the number of promotion opportunities available.

**New Cross-Functional Competency:**  The 2024 Procedural Precepts include board guidance on the new cross-functional promotion process.  The Department continues to need employees with strong competency in their primary skill code as well as employees with broad experience and perspective, particularly in more senior roles, across skill codes and cones, who can lead and manage organizations across a wide array of functions.  Therefore, the Boards that review FS-02, FS-01, and FS-OC Generalists will review the employees in their competition pool for cross-functional promotion and cone-based promotion, and compile rank-ordered lists for both.

**Performance Next Issues:**  Due to technical issues with the Performance Next platform, some 2024 EERs appear to be submitted late.  As a result, GTM/PE has made a one-time concession not to penalize **any** late EERs up to June 1 for this cycle only.  Boards should disregard submission dates and not penalize the Employee.

4

Board responsibilities at a glance:

- ➢ Base recommendations solely on objective, merit-based consideration of what is in the performance folder.
- ➢ Identify and recommend for promotion employees whose files demonstrate their potential to succeed at positions of greater responsibility.
- ➢ Rank in order of merit all employees the Board recommends for promotion.
- ➢ Identify those whose performance merits low-ranking or direct referral to the Performance Standards Board.

**B. MAJOR RESPONSIBILITIES**

1. Promotion

Promotion is the recognition that an employee has demonstrated the potential to perform successfully at the next higher level. In considering an employee for promotion, Boards review employees in direct competition with others of their skill code and grade, and identify those whose performance and potential, as documented in the Official Performance Folder (OPF) and in accordance with the Core and Procedural Precepts, qualifies them to be entrusted with the duties and responsibilities of the next higher level. A Board's recommendation for promotion is not a reward for prior service. Promotions will be granted according to the number of promotion opportunities authorized by the Director General (DG) and in the rank order established by the Boards.

Each Board member will score each candidate based on their performance in each of the five Core Precepts, and for Generalists grades FS-02, FS-01, and FE-OC a sixth cross-functional competency. As an employee's file will most likely include performance evaluation documents prepared under previous versions of the Core Precepts, Boards should reference both the current Core Precept guidance and the Core Precept guide in effect at the time each evaluation document was written to assess and inform the employee's potential to perform at the next higher level, but will use the current Core Precepts and cross functional competency as the overall guiding document during the current rating cycle for scoring and final rank.

Boards do not know the number of approved promotion opportunities. Boards are encouraged to reevaluate their findings and identify additional employees to be recommended, if a Board recommends fewer employees for promotion than the number of promotion opportunities available. Boards must base such recommendations solely on the determination of an employee's potential to perform at the next higher level, as demonstrated through their performance vis-à-vis the Core Precepts, and for Generalists grades FS-02, FS-01, and FE-OC the cross-functional competency, without regard to the number of promotion opportunities available.

An employee's positions or assignment pattern will not be the sole basis for determining their

5

competitiveness for conal promotion, or whether to low-rank or refer an employee to the Performance Standards Board (PSB).  When determining promotability, Boards will evaluate employees against the Core Precepts and the cross-functional competency (for Generalist grades FS-02, FS-01, FE-OC), considering the complexity of work, the employee's potential, as demonstrated by strong examples of their performance, and their depth and breadth of experience.  Boards should not penalize employees for assignments out of their primary skill codes.  Creditable performance in assignments out of an employee's primary skill code – including long term training, details, and interagency assignments – shall be weighed positively, as a means of broadening one's knowledge beyond the employee's skill code and as a demonstration of potential to perform at the next higher level.  An employee's knowledge and skills gained through experience outside of his/her primary skill code is a great asset to the Department.  For example, Deputy Chief of Mission (DCM), Principal Officer (PO), Deputy Assistant Secretary (DAS) and many other senior positions require exceptional performance and knowledge across a variety of skills, a major reason cross-functional competency is now an area under review.  Notwithstanding the importance and value of out-of-cone assignments, Boards will continue to look for significant in-cone experience, including mastery of tradecraft, when scoring for conal promotion.

In addition, Generalists grades FS-02, FS-01, FE-OC, will be evaluated cross-functionally.  Boards will evaluate an employee's potential and competency across functional areas by reviewing their evaluations for demonstrated impact in cumulative cross-functional and multilateral work including out-of-cone, details, and interagency assignments, as well as long-term training, work in combined sections, and significant "acting" experience of 120 days or more (non-consecutive) in cross-functional roles such as Directors, DASs, DCMs, and Principal Officers.  The cultivation of in-depth expertise and service in critical mission areas (when outside their cone's standard portfolios), as well as training and professional development for themselves and others (e.g., subordinates, mentees, team members, and colleagues) could be demonstrative of cross-functional competency.  Each of these types of experience lead to the flexibility and well-roundedness necessary for senior leadership roles.  While this does not take away from the importance of serving in one's cone, it demonstrates the importance of cross-functional competency for success in more senior roles and provides additional opportunities for those who choose to take on varied career paths.

OPFs may include periods without an EER, which if extensive can be documented via a Gap Memo, if appropriate.  Gaps are not unusual, and Boards should not draw any conclusion from the absence of documented performance, even if not documented with a Gap Memo. (See below in "Briefings, Materials and General Guidance.")

Regarding rater and/or reviewer recommendations for or against promotion, Boards are reminded that the authority to recommend an employee for promotion resides solely with the Selection Board.  For any EER ending after July 8, 2022, raters and reviewers are prohibited from making such statements.  Selection Boards are instructed to disregard any recommendation for or against promotion by a rater or reviewer and give no weight to the presence or absence of such statements in any EER they review.  Rather, raters and reviewers must specifically comment on an employee's demonstrated potential to perform successfully at

the next higher level given their observations over the rating period. In doing so, raters and reviewers must also provide strong examples supporting their assessment of the employee's demonstrated potential. Any statements indicating an employee is demonstrating the ability to perform at a higher level should be directly tied to specific, observed behavior or examples to support such an assertion.

The Boards should consider the complexity of the work as having equal weight regardless of whether the assignment is based domestically or overseas. Supervising Foreign Service officers and specialists is not a mandatory criterion for promotion; thus, Boards should not weigh the supervision of Foreign Service members more heavily or more favorably than supervision of Locally Employed Staff, Eligible Family Member (EFM) employees or Civil Service employees. The supervision of all employment categories of direct reports should be weighed equally. Boards should consider positively the successful acquisition and/or use of a foreign language, particularly across multiple assignments. Boards should weigh challenges and accomplishments across all assignments when making their recommendations and rankings.

2.  Low-Ranking and Referral to a Performance Standards Board

Employees reviewed for promotion shall also be reviewed for low-ranking and possible direct referral to a Performance Standards Board (PSB) for failing to meet the standards of performance drawn from the Core Precepts.

Boards will also review for low-ranking and possible direct referral to a PSB the OPFs of employees who were eligible to apply for consideration for promotion into the Senior Foreign Service, also known as "opening the window," but who did not elect to do so. Boards will review the OPFs of employees whose maximum time in class (TIC) or time in service (TIS) is subject to the annuity exception per 3 FAM 6213.6 for low-ranking and possible direct referral to a PSB. These candidates will be reviewed by grade and, unless otherwise stated, primary skill code.

Low-ranking is an indication to the employee and the Department of problem areas or inadequacies in needed skills, performance, and/or potential. It shall not be based on secondary considerations, such as relatively recent promotion, type or pattern of assignments, including service in or out of a primary skill code, or less extensively documented successful performance. Employees should not be penalized for taking assignments out of their primary skill codes or for taking Leave Without Pay (LWOP). Inadequacies in needed skills that lead to low-ranking must be documented by examples of performance from the most recent five years. Boards are in a unique position to identify patterns of sub-standard performance that may otherwise be missed as employees and supervisors rotate between assignments.

As of July 8, 2022, the Developmental Area section of the EER is deactivated. The section will be deleted completely from the form for rating periods beginning after April 15, 2023. Boards will still be reviewing EERs that predate the deactivation of the Developmental Area, and are not precluded from relying on those "active" Developmental Areas. Boards are reminded, however, that they must not rely solely on critical comments in the Developmental Area

7

section in making low-ranking or PSB direct referral determinations unless those comments are supported by examples there or elsewhere in evaluations from the most recent five years in the OPF.  Likewise, critical comments in the EER must be supported by clear examples supporting the criticism.  Boards are reminded that the Developmental Area section was mandatory for all employees prior to the 2022 rating period.

Boards should not rely solely on an employee's Description of Accomplishments as a basis for low-ranking.  Rater and Reviewer statements are critical to inform the boards of performance in the core precepts.  Low-ranking statements and/or PSB direct referrals also shall not be based solely on disciplinary letters, although the disciplinary letters may be used in combination with critical examples from rater narratives.  Selection Boards have no obligation to low-rank or refer to a PSB employees who have a disciplinary letter in their file.   A majority of Board members must concur in the low-ranking of an employee or direct referral of an employee to a PSB.

Demonstrated weakness in one or more of the following areas, by itself, may be grounds for a low-ranking or for direct referral to a PSB:

    (1) Reluctance to accept responsibility;
    (2) Failure to carry out properly assigned tasks within a reasonable time;
    (3) Low productivity or work poorly done;
    (4) Failure to adapt to the office environment or to a foreign culture;
    (5) Refusal to accept or carry out legitimate directives from properly authorized officials;
    (6) A pattern of failure to properly safeguard classified material and information.
        For employees at FS/FP-02 and above, see also Addendum 1;
    (7) Inability to work effectively and cooperatively with supervisors, colleagues, teammates, or subordinates, including contributing to or failing to address intimidation, humiliation, belittlement, and similar bullying or otherwise toxic behaviors in the workplace;
    (8) A lack of adherence to EEO principles or lack of sensitivity to the importance of diversity, equity, inclusion, and accessibility (DEIA) (see Addendum 2); and/or
    (9) Indifference to or failure to carry out supervisory responsibilities.

Boards will review the file of each low-ranked employee and identify those whose records indicate they may not have met the standards of performance for their class.  These employees may be directly referred to a PSB, which will independently make selection-out recommendations after reviewing the performance folders of the employees referred to it. Boards should be scrupulous in identifying and directly referring to the PSB employees who are obviously substandard performers.

**PSB Statements:**  For each employee who is directly referred to a PSB, Boards will prepare an individual statement explaining the reasons for the direct referral through a summary of the employee's performance weaknesses in relation to the standards of performance for their class.  These statements must draw on material at minimum from the rater's statement, supported by an additional rater's or reviewer's statement from a second rating cycle within

the last five years of active service.  PSB Direct referrals shall not be based solely on disciplinary letters, although the disciplinary letters may be used in combination with other critical examples.  To assist the PSB in evaluating the employee's overall career record, Boards must fully describe the employee's weaknesses in performance that resulted in direct referral to a PSB.

**Low-Rank Statements:**  For each employee who is low-ranked, but not referred to a PSB, Boards will prepare an individual statement explaining the reasons for the low-ranking through a reasonable presentation of the employee's weaknesses and addressing areas in which performance or potential might be improved.  These statements must draw on material at minimum from the rater's statement, supported by an additional rater's or reviewer's statement from a second rating cycle within the last five years of active service.  Low-rank statements shall not be based solely on disciplinary letters, although the disciplinary letters may be used in combination with other critical examples.

In situations where a low ranking is not possible, but in which boards notice concerning performance issues, boards are encouraged to prepare a counseling memo describing those issues in as much detail as the board believes appropriate.  Boards may draw on all evaluative material in the file in the preparation of a counseling memo.

Untenured Specialists may be low-ranked by a Board.  However, until tenured, they may not be referred to a PSB.

The Director General may, in consultation with the Office of Career Development and Assignments (GTM/CDA), determine that for compelling compassionate reasons, an employee should not be certified to the PSB or given a copy of the Board's low-ranking statement.  In such a case, the employee will be considered as having been "non-rated" by the 2024 Boards and the Scorecard will be so annotated in accordance with these Precepts, but the employee will not be granted any additional period of TIC/TIS.

Employees identified for low-ranking by the most recent Board who were also low-ranked by another board within the past five years, based on performance documented in different EERs from different  officials, will be administratively referred to a PSB.  This referral requires no action by Board.

### C.   ADDITIONAL AUTHORITIES AND RESPONSIBILITIES

1.  Limited Career Extensions

If the DG has determined that the Department may grant a small number of Limited Career Extensions (LCEs), the Director of GTM/PE will provide the Board the names of eligible career employees in the competition group who are in their last year of TIC or TIS.  After completing their review for promotion, possible low-ranking, or direct referral to a PSB, the Board will review the records of employees eligible for LCEs.  The DG may provide the Board additional

information on specialized skills that the Under Secretary of Management has determined to be in short supply for the subsequent three-year period.  The DG will grant LCEs only to employees the Board has found qualified and in the rank order established by the Board (3 FAM 6213.7).

In reviewing the OPFs of employees eligible for an LCE, the Board will apply the same criteria as for promotion.  Recognizing that employees extended will serve only in their present class, the Board will give less weight to evidence of potential to perform at the next higher class and substantial weight to the quality of performance and potential for continued outstanding service in the class in which the employee is being considered for an LCE.

2.  Non-Rates

It is normal for Foreign Service careers and assignment patterns to result in periods undocumented in the OPF.  This should not discount an employee's standing before the Board. If a Board determines that it cannot make a determination about a candidate's ranking based on the content of the file, then the Board, with the concurrence of the Director of GTM/PE, may determine that the candidate's ranking cannot be adequately assessed based upon the documents reviewed and non-rate an employee.  Boards will prepare a written explanation of each non-rate determination, with a copy to the non-rated employee.

Pursuant to 3 FAM 6213.5, periods for which a Board has non-rated a member of the Service are not included in the calculation of TIC/TIS.  The employee's TIC/TIS expiration date will thus be extended by one year.  The absence of an EER alone does not necessarily qualify for a non-rate.

Boards have the option to, but are not required to, non-rate an employee when it is apparent that the employee is serving in a domestic position that is significantly below their grade and/or skill level.  This type of assignment could indicate the employee may be constrained from demonstrating their full potential by issues that are beyond their control.

3.  Bidding Privileges

There may be more employees recommended for promotion than there are opportunities.  When this occurs in the Senior Threshold and Intermediate Boards those employees recommended for promotion who are not ranked high enough for one of the available promotion opportunities  will be deemed qualified to bid at the next higher grade in the next assignment cycle at a rate of 10% of their competition pool and will have a statement indicating this added to their OPF.  Only those employees who were recommended for promotion and rank-ordered by the Board are eligible for bidding privileges.  These bidding privileges are only applicable in the next year's assignment cycle and cannot be carried over or held to be used in any subsequent assignment cycles.

4.  Counseling Function

Boards have an important role to play in counseling employees.  All employees under review, including those mid-ranked or recommended for promotion, and their raters and reviewers, may benefit from a Board's guidance and perspective.  Boards may notice a small but noteworthy performance issue, poorly written evaluation, or the lack of an important skill that training could remedy.  From its unique perspective viewing the broad range of a competition group, the Board may counsel any employee, rater, reviewer, or review panel chair by issuing a counseling statement.  This is a private communication between the Board and the employee, has no formal career consequences, and will not be placed in the OPF of the employee.

Boards may prepare individual written counseling statements where raters, reviewers, or review panel chairs, in the opinion of the Board, have failed to properly execute their responsibilities with respect to content and/or inadmissible comments in performance-related documents.  Such counseling statements will not be placed in the OPF of the responsible employee but will be shared with them to encourage adherence to performance management standards.  GTM/PE will make every effort to resolve inadmissible comments in EERs brought to its attention by the boards.

5.  Commendation

Boards may identify raters and reviewers who merit commendation for the quality of evaluations they prepared in the most recent rating period.  Boards may commend raters and reviewers who show diligence in measuring performance by seeking input from the staff and peers of the employee being rated.  For each employee commended, the Board will prepare a written official statement of commendation that will be placed in the commended employee's OPF.

Boards also may identify rated employees who demonstrate superior performance in one or more of the Core Precepts.  For each employee commended, the Board will prepare an individual written official statement of commendation that will be placed in the commended employee's OPF.  Boards may not draft commendation letters for  low-ranked employees or for employees they are referring directly to a PSB.

6.  Board Recommendations

Boards will make general observations to the Director General regarding the skill code(s) and grade(s) they reviewed, and make recommendations regarding  materials used in the evaluation process, or the board's recommended improvements to the evaluation and Selection Board process.  If a Board has no recommendations to make, it shall so state.  Such recommendations will be made available to designated officials of AFSA as the Director General deems appropriate.

11

**D.    BRIEFINGS, MATERIALS AND GENERAL GUIDANCE**

GTM/PE will guide the Boards on the technical procedures to be followed.  GTM/PE will provide Board members an oral briefing on voting and related procedures at the outset of Board deliberations.  The Boards will address all queries regarding their work and the facilitation thereof only to GTM/PE staff.

1. Evaluative Material

Boards will base their decisions only on material that is a part of the employee's OPF and, at grades FS-02 and above, on the security incident record and employee responses described in Addendum 1 to these Precepts.

Boards have access to each employee's entire performance folder and should place the greatest emphasis on the **five most recent years of evaluative material** or since the last promotion, whichever was the most recent (to include performance evaluations and training reports).  They should not give undue weight to any single evaluation report in isolation from other reports.

Board members will have available relevant reference materials, including the current and past Core Precepts and the Procedural Precepts, Instructions for the Preparation of EERs, a copy of the Foreign Service Act of 1980, as amended, a redacted Employee Profile for each candidate, and the FAM.  The redacted Employee Profile lists awards, assignments, and promotions.  It does not include EEO-protected characteristics such as age, gender, marital status, and place of birth; or previous years' Scorecard scores.  At grades FS-02 and above, the security incident record and employee responses described in Addendum 1 to these Precepts will also be provided. The OPFs of some employees who entered the FS in classes above customary levels of entry or after prior service in another foreign affairs agency, or whose service was interrupted, may contain information from previous periods of government employment; other employees who have similar prior experience may have performance folders relatively lacking in evidence of extended past performance.  Boards should not consider this other information in making their decisions.  Employees should not be disadvantaged because of such differences in their performance records or because information on earlier work experience may be lacking through no fault of the employee reviewed.

Boards should review evaluative material that covers periods within an employee's current career track.  Previous employment, such as transfers within the Foreign Service that required the employee to reacquire tenure, Limited Non-Career Appointments, or employment in the Civil Service, do not necessarily predict an employee's ability to perform at the next highest level within their current Generalist or Specialist track.

Boards are advised that the Uniformed Services Employment and Reemployment Rights Act (USERRA) provides that employees called to military service are "entitled to the seniority and other rights and benefits determined by seniority that the person had on the date of the commencement of service in the uniformed services plus the additional seniority and rights

and benefits that such person would have attained if the person had remained continuously employed" at the Department.  Each Board member must take USERRA training, and the Board Advisor will certify to the Director of GTM/PE that this training has been completed prior to the start of Board reviews.  USERRA's implementing regulations require employees who are absent due to uniformed service be considered for promotion.  Therefore, Boards are instructed to consider, and weigh carefully, military evaluation reports and award nominations provided by an employee covering the time the employee was absent due to active military duty.  Boards must also review carefully any statement submitted by an employee concerning the relevance of their military service to their work in the Foreign Service and to the Core Precepts.  If there is no military evaluation, no negative or positive inference may be made on such non-documented periods.

A Gap Report is a document in an employee's OPF through which the Department recognizes and acknowledges a period of time for which there is no evaluative material.  Whether a Gap Report is present or not, Boards should not discount an employee's overall standing in any way because of a period of performance not documented in the employee's OPF or make assumptions about the employee's career trajectory.  No negative or positive inference may be made on such non-documented periods.  Boards should not discuss or consider any information about the reasons for gaps in an employee's performance file.

Board members may be acquainted with employees under review.  Board members must not reveal information about an employee or an employee's performance not properly included in the OPF.  Board members must not seek, receive, or relate any information about an employee under review to or from other Board members except that which is properly included in the OPF.

Boards should disregard any disciplinary letters in an employee's OPF that should have been removed from the folder and should bring the existence of such letters promptly to the attention of the GTM/PE staff.  See 3 FAM 4321 through 4377.

Boards are reminded that due to the prevailing worldwide security environment, Chiefs of Mission, Deputy Chiefs of Mission, and Principal Officers are required to include Emergency Action Plan responsibilities in their Work Requirements.  These Work Requirements must link those responsibilities to the goals of promoting good personal, informational, and physical security measures on an organization-wide basis; and of leading crisis management for the entire organizational unit.  These EERs should reflect any relevant actions taken in accordance with those Work Requirements and Work Responsibilities during the rating period.

Employees may choose to write their EER narrative with the name in their OPF, their name of daily usage, or another term of identification (regardless of whether an employee has obtained a name change order).  Boards must not make any inference based on this choice.

Employees may choose to write their EER narrative with the gender pronoun of their choice or a gender-neutral pronoun (regardless of any gender marker appearing in the employee's personnel records or their pronouns of daily usage).  Boards must not make any inference based on this choice.  The rater's and reviewer's narratives must use the same term of identification and

13

pronoun as the employee's narrative.  No inference should be made if the employee's previous/other evaluative material has differing terms of identification and/or pronouns.

To ensure fairness and remove the potential for bias, Board members shall adhere to the following order of operations when reviewing an employee's file:

1. Individually review all performance evaluation forms, including military evaluations and personal statements on military activities, training reports and documents necessary to assign a score according to the current Core Precepts document.
2. Individually determine a preliminary score of all competing employees for each Core Precept
3. Individually determine a preliminary score on cross-functional competency, if applicable to their Board.
4. Create a preliminary list of employees to be recommended for promotion, mid-rank, low-rank designations, and direct referrals to the Performance Standards Boards.
5. Review letters of commendation and award nominations in the employee's OPF and come to agreement as a Board whether these documents are germane to the Core Precepts and, if so, should they affect the scores, ranking and categorization of the employees.  Make adjustments accordingly.
6. Review letters of discipline in the employee's OPF and come to agreement as a Board whether these documents are germane to the Core Precepts and, if so, whether they affect the scores, ranking and categorization of the employees.  Make adjustments accordingly.
7. Create a final ranking and determination for each competing employee.

Boards will establish the internal organization of their workload, deliberations, discussions, and decisions, as they deem appropriate and consistent with these Precepts and supplementary technical guidance.

Boards will not view negatively a GTM approved reason for a late EER that is caused by a malfunction of the Performance Next EER software application, or an administrative process out of the control of the drafters.

Boards will practice and uphold EEO principles as they carry out their duties and should not consider an employee's personal characteristics, as outlined in 3 FAM 2815.1(b), when reviewing files or making promotion recommendations.

2. Scoring Rubric

Boards will score each candidate's performance in each of the five Core Precepts, detailed in the 2022-2025 Core Precepts. Each candidate will receive a score of zero to five, using whole numbers and half points, that evaluates their ability to perform at the next level. The scoring rubric in the Addenda offers a guide to performance at the entry level, mid-level and senior level for each Precept.

Boards will see a total score for each candidate, averaged among all board members, from zero to 25.  They will use this total to determine the rank-ordered list for promotion, as well as for

14

possible low-ranking or direct referral to a Performance Standards Board.  The final rank-ordered list must match the total average scores in descending order.  Boards do not need to break tie scores, but all ties must appear consecutively on the rank-ordered list.

   3. Cross-Functional Competency

Generalists who are competing for promotion to the FS-01, FE-OC, and FE-MC levels will also receive a sixth score from zero to five that evaluates their performance in out-of-cone work, IROG (inter-functional) positions, interagency, training and details.  This cross-functional competency is designed to reward service in other skill areas or professional development opportunities, with the goal of promoting well-rounded officers who will be better able to lead employees in multiple sections and agencies as they rise up the ranks into and within the Senior Foreign Service.

The cross-functional score will be added to the original scoring rubric for a total of 30 possible points. The cross-functional boards will use the total scores to determine a rank-ordered list for cross-functional promotion only.

Cross-Functional Boards will submit two rank-ordered lists, one based on the 25-point conal scale, and one based on the 30-point cross-functional scale.  The lists may include duplicate recommendations for promotion. If a name appears on both lists above the promotion line, PE will cross that name off the conal promotion list and keep the name on the cross-functional list. PE will then "drop the line" by one person on the conal promotion list and that person will be included on the list of promotions above the line. This process will be repeated until there are no more duplicate names.

The cross-functional boards will have a set number of promotion opportunities allocated to cross-functional promotion, and a set number allocated to conal promotion. These percentages will be established before the boards convene, and the boards will not know them.  The percentage of cross-functional opportunities will steadily increase at the next highest grade level, until at MC and above they are only ranked classwide.  This percentage of cross-functional promotion opportunities will be determined by the Director General, in consultation with GTM/OTA.

**E.  RECUSAL**

   1. When an employee under review believes that a Board member may be unable to apply the Precepts fairly and without bias in assessing their performance and wishes to have that Board member recused, the employee under review must, within five business days of the board's convening date, submit a recusal request to the Director of GTM/PE stating the reason they believe the Board member cannot render an unbiased judgment.  This request must be in writing; an email sent to GTM-PE-recusals@state.gov will meet this requirement.  In cases where it is necessary to evaluate the basis for recusal, requests may be shared with the Board member in question and/or other offices or individuals who may have knowledge relevant to the request.  The Director of GTM/PE shall consider the request to determine whether the stated reason for the request would lead a reasonable

person to conclude that the Board member might be unable to apply the Precepts fairly and without bias in assessing the requester's performance file.  The PE Director's decision to approve/disapprove the employee's request for a Board member's recusal is final.  If the request is approved, GTM/PE will notify the Board member and the Board Advisor, who will then take the necessary administrative action to ensure that the Member will be recused from consideration of the employee.

2.  The Director of PE shall approve a recusal request by an employee if the Board member in question was the rating or reviewing official of the employee under review while such employee has been in their present class, but not during the current rating cycle, if the employee being reviewed requests a recusal in writing in a timely manner.  GTM/PE will notify the Board member of any such case and recuse them from consideration of the employee's file.  Recusal requests by the employee must be submitted in writing in accordance with the procedures stipulated in paragraph one above.

3.  An employee under review should also request the recusal of a Board member reviewing them whom they have previously named as a responsible management official or witness in a complaint if the employee believes that the Board member may be unable to apply the Precepts fairly and without bias in assessing their performance.  Recusal requests by the employee must be submitted in writing in accordance with the procedures stipulated in paragraph one above.

4.  A Board member must recuse themselves from the review of the file of any relative.  A "relative" is a spouse or ex-spouse, domestic partner or ex-domestic partner as described in 3 FAM 1610, parent, child, sibling, aunt, uncle, first cousin, niece, nephew, parent-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepparent, stepchild, stepbrother, stepsister, or half-sibling.  A Board member who must recuse will inform GTM/PE of any such recusal.

5.  A Board member may recuse themselves from consideration of any employee's file, when a Board member believes that they may be unable to render a fair and unbiased judgement of an employee. Board members must inform GTM/PE promptly of any such recusal before the employee's file is discussed by the Board.

6.  A Board member who was the rating or reviewing official of an employee under review in the current rating cycle must recuse themselves from the review of that employee.  A board member whose spouse was the rating or reviewing officer of an employee under review in the current rating cycle must recuse themselves from review of that employee.  A Board member who was the rating or reviewing official of an employee under review while such employee has been in their present class will be recused from participating in the Board's consideration of that file if the employee being reviewed requests a recusal. A Board member who must recuse based on this paragraph will inform GTM/PE of any such recusal.

16

7.  A Board member must recuse themselves from participating in a Board's consideration of any employee who they are aware has previously named them as a responsible management official or witness in a complaint, including before the EEOC or the U.S. Office of Special Counsel.

8.  A Board member may recuse themselves from consideration of any employee's file, when a Board member believes that they may be unable to render a fair and unbiased judgement of an employee. Board members must inform GTM/PE promptly of any such recusal before the employee's file is discussed by the Board.

9.  Recusal requests by a Board member will be documented by a standard recusal statement with a copy provided to the recused Board member and the Board chair. Recusal statements will be filed with the Board report.

10. When a Board member is recused from considering the file of an employee under any of the provisions above, the Board member will continue to participate in the other activities of the Board.

11. A Board member is recused from participating in the Board's consideration of their own file and is not allowed to serve on a board for a rank for which they are competing.

**F.  FINDINGS AND RECOMMENDATIONS**

Each Board's findings will be forwarded to the Director General (DG) under cover of a transmittal letter signed by the Board members.  The DG may return the Board's findings for reconsideration if there are questions regarding the procedures used by the Board or conformity with the Precepts.  If the findings are not returned for one of these reasons, the DG shall accept the Board's findings.  Each Board will prepare the following as part of its report, as applicable:

1.  A rank-order list for each competition category of employees the Board recommends for promotion;

2.  An alphabetical list of the employees (if any) who were low-ranked with a low-rank statement for each employee who was not referred to a PSB;

3.  An alphabetical list of employees (if any) to be referred to a PSB with a statement explaining the reason for each direct referral;

4.  Alphabetical lists of all other employees reviewed in each competition category;

5.  Separate rank-order lists for each competition group reviewed for LCEs (Limited Career Extensions) of employees the Board finds qualified for LCEs (where appropriate);

6.  An alphabetical list for each competition group of all other employees reviewed for LCEs

(where appropriate);

7.  A list of raters and/or reviewers who have demonstrated superior drafting of EERs during the most recent rating period along with the written letters of commendation the Boards prepared for each;

8.  A list of raters and reviewers whose EER drafting warrants written counseling;

9.  A list of employees who receive written counseling statements;

10. A list of employees, raters and reviewers who have demonstrated exceptional skills in one or more of the Core Precepts during the most recent rating period, along with the written letters of commendation the Boards prepared for each;

11. Recommendations on the training, assignment, counseling, or related personnel matters for any employee or group of employees reviewed and/or recommendations concerning policies and procedures for subsequent Boards and improvements to the performance evaluation system, except that if a Board has no recommendation to make, it shall so state.

12. A list of all approved recusal requests and Board member self-recusals.

All Board members must concur with the final report to the DG.  The contents of the Board's official report to the DG and the file scoresheets are the only official documents retained of the Board's deliberations.

### G.  OATH OF OFFICE

Board members will heed and sign the following oath of office and adhere to the Precepts.  A copy of each signed oath will be retained as part of the final Board report.  The Oath may be performed virtually and the signature may be electronic.  Board members should report to the Director of GTM/PE any attempt to provide them information not authorized by the Precepts.  Board members should report any attempts to solicit information from them, even if it is authorized by the Precepts.  Failure to observe these instructions may result in disciplinary action or penalties as prescribed by the Privacy Act.

OATH

"I ,_____, do solemnly swear (or affirm) that I will perform the duties of a member of a Selection Board faithfully and to the best of my ability; that I will adhere to the Precepts; that I will apply the Precepts and promotion criteria without prejudice or partiality; that any introduction into board deliberations of non-record material will be reported to the director of the Office of Performance Evaluation, and that I will not reveal to unauthorized persons any information concerning the personnel records used or the deliberations and

recommendations of the Board."

## PART II.  ELIGIBILITY

### A.  ELIGIBILITY FOR BOARD REVIEW

1. Senior Boards will consider employees serving under career or senior career candidate appointments in the classes of Minister-Counselor (FE-MC), Counselor (FE-OC), and FS-01.

2. Intermediate Generalist and Specialist Boards will consider career and candidate employees in classes FS-02 through FS-05, excluding generalists not yet recommended for tenure and employees in classes and occupational categories subject to administrative promotion. Foreign Service Generalist Career Candidates recommended for tenure by the Summer 2024 Commissioning and Tenure Board or previous will be eligible for review for promotion.

3. Employees who have been separated with reemployment rights and transferred under 5 CFR 352, including to the Multinational Force in the Sinai, and employees who have been detailed to international organizations under this authority, as well as employees who are military reservists called to active duty, will be considered if otherwise eligible.

4. Employees will not be eligible for promotion during the period that their maximum time-in-TIC or TIS is subject to the annuity exception (3 FAM 6213.6).  Boards will still review the OPFs of those employees for low-ranking and possible direct referral to a PSB.

5. Boards will review the OPFs of only the employees described above who have been assigned the tenure codes 01, 02, and 03.

6. Boards will not review the OPFs of the following categories of personnel:

   a.  Employees not on career or career conditional appointments;

   b.  Employees granted interim relief from separation during the grievance process;

   c.  Employees whose effective date of separation has been postponed by the DG in the public interest, such as employees designated for separation by a PSB; whose controlling TIC has expired; who will turn age 65 prior to the effective date of promotions; or who already are on age waivers;

   d.  Employees holding non-worldwide tenure or skill codes;

   e.  Employees from other agencies;

   f.  Employees on Leave Without Pay for more than eight months during the rating period, except for military reservists called for active duty;

19

g. Employees serving on LCEs;

h. Employees recalled to Foreign Service duty under Section 308 of the Foreign Service Act.

7. Time-in-Grade

a. Employees in the following grades will be eligible for promotion consideration by the 2024 Boards only if their last promotion took place before the following dates:

| | |
|---|---|
| FE-MC * | July 1, 2020 (4 years) |
| FE-OC | July 1, 2022 (2 years) |
| FS-01, FS-02, FS-03 | July 1, 2022 (2 years) |
| FS-04**, FS-05 | July 1, 2023 (1 year) |

*Senior Foreign Service candidates are eligible for promotion by the 2024 Boards the requisite years after their last promotion recommendation, provided they have been confirmed by the time the boards convene.

**Generalist Career Candidates recommended for tenure by the Spring and Summer 2024 Commissioning and Tenure Board or previous are eligible for review by the 2024 Boards.

b. For employees who converted into the Senior Foreign Service (SFS) or to the FS Salary Schedule from non-FS pay plans or were reappointed to the FS after separation (3 FAM 2131), credit toward eligibility for promotion will be given for time spent in previous equivalent grades if the employee was converted or reappointed in the same or legal equivalent skill group. The employee's official Date of Grade reflects the basis on which eligibility for review will be considered.

c. Employees who have been approved by the DG for a change of skill code on or before May 16, 2024, will be reviewed, if eligible, by the Board appropriate for their new primary skill code. Employees whose primary skill code change is approved by the DG after May 16 will compete under the employee's primary skill code of record as of May 16.

8. Promotion into the Senior Foreign Service

Only eligible career employees in class FS-01 who formally applied for threshold review by March 1, 2024, and who have met the requirements for review, will be considered by the 2024 SFS-IV and SFS-V Boards. The employees whose requests are received in GTM/PE after March 1, 2024, are not eligible to compete for promotion into the SFS this promotion cycle.

B.  ELIGIBILITY FOR LIMITED CAREER EXTENSIONS

Section 607(b) of the FS Act authorizes the Secretary to grant LCEs, based on recommendations of Boards, to employees in their last year of TIC or TIS if they have attained the highest grade for their respective occupational category or, in the case of employees of the SFS, in designated salary classes.  Only employees as described above whose controlling TIC will expire between July 1, 2024, and June 30, 2025, are eligible for consideration, if LCEs are available. The limited number of LCEs that may be granted will be determined by specific Service needs to retain expertise and experience that are in short supply and in accordance with 3 FAM 6213.7.

**PART III. ORGANIZATION OF THE BOARDS**

A.  ORGANIZATION OVERVIEW

Foreign Service Selection Boards (FSSBs or Boards) are organized based on the grade and skill code/cone of individual employees. Boards are subsequently identified as either Senior Boards, for those being promoted into and within the Senior Foreign Service, or as Intermediate Boards, for all other Foreign Service Employees.

While there are Boards that will review multiple skill codes/cones and grades of employees, all employees' competition groups are reviewed alongside their colleagues at the same grade and within the same skill code/cone.  GTM/PE will evaluate and administratively organize the skill code/cone composition of the Boards on an annual basis to manage the number of candidates reviewed by a given board.  GTM/PE has created the below breakdown of the length of time the Boards are expected to meet, as well as when the office would consider splitting a board to avoid undue workload pressure on the Board members and ensure board completion prior to the annual announcement of the promotion lists.

> 0 – 300 Candidates: 3 – 4 Weeks
> 300 – 450 Candidates: 5 Weeks
> 450 – 600 Candidates: 6 Weeks
> 600+ Candidates: Consider Board Reorganization

B.  SENIOR BOARDS

Pursuant to the Foreign Service Act, the Senior Foreign Service (SFS) is "characterized by strong policy formulation capabilities, outstanding executive leadership qualities and highly developed functional, foreign language, and area expertise."  In considering employees for promotion within and into the SFS, Boards should give due credit to evidence of achievement and competency in these and other critical areas, such as public outreach based on policy objectives.  Boards should give weight to evidence of competency and accomplishment in carrying out executive responsibilities in both the employee's primary skill code; as well as outside of cone and collaboration with other cones, specialties, sections, bureaus, and agencies.

21

In reviewing employees for promotion within the SFS, Boards will note that some SFS employees have been commended for being among those recommended by the Department Senior Review Board (DSRB) for further consideration for a Presidential Rank Award.  Boards should give equal weight to such commendations regardless of whether the commendation letter/memo was signed by the Deputy Secretary of State or included by Memorandum from the Director of GTM/PE.

The Generalist and Specialist Threshold Boards will review the OPFs of FS-01 employees with primary skill codes in the occupational categories under review who were eligible to apply for promotion consideration but did not apply, to identify those who should be low-ranked or referred to a PSB.  No negative implication shall be drawn from the fact that an employee eligible to request promotion consideration chose not to do so.

1. Minister-Counselor Board (SFS-II)

SFS-II will review the OPFs of eligible employees (generalists and specialists) in the class of MC on a class-wide basis.  The Foreign Service needs its most capable, competent, and inspiring senior leaders to undertake the full range of its largest, most complex resource management, program, and policy challenges.  The Board should seek to identify those few employees who demonstrate the exceptional qualifications warranting advancement to the class of CM.  The Board should only recommend for promotion those employees who have demonstrated, through superior achievement in positions demanding broad leadership, program and resource management, policy direction, and public outreach, that they are fully qualified to fill the most senior and responsible positions.  In making its determinations, the Board should give particular weight to outstanding performance as Chief of Mission or in positions of comparable responsibility such as Deputy Assistant Secretary and other senior executive positions, as well as to the employee's ability to continue to perform at this level of responsibility.

2. Counselor Board (SFS-III)

SFS-III will review the OPFs of eligible employees in the class of OC who have generalist primary skill codes as below. Employees will be reviewed by grade and skill code.  The Department continues to need employees with strong competency in their primary skill code as well as employees with broad experience and perspective, particularly across skill codes and cones who can lead and manage organizations across a wide array of functions.  Therefore, Board SFS-III will review the employees in their competition pool for cross-functional competency  and cone-based promotion, and compile rank-ordered lists for both.

Duplicates are resolved with cross-functional promotion taking primacy.  A name that appears on both lists will be removed from the cone-based promotion recommendation list.  The remaining names on the cone-based list will move up.

| Category | Skill Code |
|----------|-----------|
| Management | 2010 |
| Consular | 3001 |
| Public Diplomacy | 4400 |
| Economic | 5015 |
| Political | 5505 |

3. Senior Specialist and Specialist Threshold Board (SFS-IV)

SFS-IV will review the OPFs of eligible employees of the class of OC who have primary skill codes in the following specialist skill codes. The Board will also review the OPFs of eligible employees of class FP-01 who requested consideration for promotion into the SFS and met applicable requirements.

| Category | Skill Codes |
|----------|-------------|
| Financial Management Officer | 2101 |
| Human Resources Officer | 2201 |
| General Services Officer | 2301 |
| Security Officer | 2501 |
| Security Engineering Officer | 2550 |
| Diplomatic Courier | 2580 |
| Information Technology Manager | 2884 |
| Public Engagement | 4200 |
| English Language Programs | 4300 |
| Medical Officer | 6110 |
| Medical Provider | 6115 |
| Psychiatrist | 6125 |
| Facilities Manager | 6217 |
| Construction Engineer | 6218 |

The Board will consider employees within each class (OC and FP-01) by skill code, except that Security Officers and Security Engineering Officers at the OC level will compete together for promotion. The Board will review by skill code, for low-ranking and possible direct referral to a PSB, the performance folders of FP-01 employees with primary skill codes under review who were eligible to apply for promotion consideration but did not.

4. Generalist Threshold Boards (Boards SFS-V)

Boards SFS-V (C, E, M, P, and PD) will review by skill code the OPFs of eligible employees of class FS-01 who requested consideration for promotion into the Senior Foreign Service (SFS) and who met applicable requirements. The Department continues to need employees with strong competency in their primary skill code as well as employees with broad experience and perspective, particularly across skill codes and cones who can lead and manage organizations across a wide array of functions. Therefore, Boards SFS-V will review the employees in their competition pool for both cross-functional and conal promotions, and compile rank-ordered

23

lists for both.

Duplicates are resolved with cross-functional competency promotion opportunities taking primacy. A name that appears on both lists will be removed from the cone-based promotion recommendation list. The remaining names on the cone-based list will move up. Bidding privileges will be allocated according to the percentage of promotion opportunities available cross-functionally and cone-based. If not all bidding privileges are used in one list, they will be made available to the other list.

Promotion across the threshold into the SFS represents a determination that the employee is capable of carrying out the demanding duties of senior-level positions of the Foreign Service. Some employees under review may not have demonstrated the potential to serve in the SFS and should more appropriately complete their careers at the FS-01 level. Others may simply need deeper or broader experience or additional competency development and should seek those experiences at the FS-02 or FS-01 level in order to be successful at crossing the threshold.

In 2024, the skill codes will be distributed among the Boards as follows:

| Board | Grade and Category/Skill Code |
|-------|-------------------------------|
| SFS-V A | FS-01 Political (5505)/Public Diplomacy (4400) |
| SFS-V B | FS-01 Economic (5015)/Consular (3001)/Management (2010) |

The Boards will review by skill code, for low-rank and possible direct referral to a PSB, the performance folders of FS-01 employees with primary skill codes under review who were eligible to apply for promotion consideration but did not.

C.  INTERMEDIATE BOARDS

Intermediate Boards will review by skill code and grade the eligible employees in classes as described below. Boards will evaluate employees in accordance with the Core Precepts, with emphasis on demonstrated performance and potential in and outside the employee's primary skill code.

The Department values employees with strong competency in their primary skill codes as well as experience outside their skill codes. Service in out-of-cone assignments should be afforded the same weight as assignments in the employee's own primary skill code.

Promotion to the Generalist FS-01 level (02 to 01) represents a determination that the employee can lead and manage organizations across a wide array of functions, both within and outside the employee's primary skill code. To that end, Boards G-II will review the employees in their competition pool for both cross-functional and conal promotions, and compile rank-ordered lists for both.

Promotion across the OMS threshold (03 to 02) represents a determination that the employee

24

has taken on the demanding duties in high-level OMS positions.  OMSs considered for promotion at the highest levels should demonstrate accomplishments across an array of assignments to broaden experience, deepen expertise, and amplify leadership and adaptive capacity.

1.  Boards G-II

Boards G-II (C, E, M, P, and PD) will review by skill code and grade the performance folders of eligible employees who have generalist primary skill codes. In 2024, the skill codes will be distributed among the Boards as follows.

| Board | Grade and Category/Skill Code |
|---|---|
| G-II C | FS-02 Consular (3001) |
| G-II E | FS-02 Economic (5015) |
| G-II M | FS-02 Management (2010) |
| G-II P | FS-02 Political (5505) |
| G-II PD | FS-02 Public Diplomacy (4400) |

The Department continues to need employees with strong competency in their primary skill code as well as employees with broad experience and perspective, particularly across skill codes and cones who can lead and manage organizations across a wide array of functions.  Therefore, Boards G-II will review the employees in their competition pool for both cross-functional and conal promotions, and compile rank-ordered lists for both.

Duplicates are resolved with cross-functional promotion taking primacy.  A name that appears on both list will be removed from the cone-based promotion recommendation list.  The remaining names on the cone-based list will move up.  Bidding privileges will be allocated according to the percentage of promotion opportunities available cross-functionally and cone-based.  If not all bidding privileges are used in one list, they will be made available to the other list.

2.  Boards G-III

Boards G-III (A, B, and C) will review by skill code and grade the performance folders of eligible employees in class FS-03 who have generalist primary skill codes. In 2024, the skill codes will be distributed among the Boards as follows.

| Board | Grade and Category/Skill Code |
|---|---|
| G-III A | FS-03 Political Affairs (5505)/Management (2010) |
| G-III B | FS-03 Economic (5015)/Public Diplomacy (4400) |
| G-III C | FS-03 Consular Affairs (3001) |

3.  Boards G-IV

Boards G-IV will review the performance folders of all eligible generalists in class FS-04, and Generalist Career Candidates recommended for tenure by the spring and summer

2024 Commissioning and Tenure Board (CTB) or previous CTBs.  FS-04 Generalist candidates reviewed by the G-IV Boards will be divided evenly between the two boards, with promotion opportunities also divided evenly between the two boards.  This will be a class-wide review.

| Board | Grade and Category/Skill Code |
|-------|-------------------------------|
| G-IV A | FS-04 Generalists |
| G-IV B | FS-04 Generalists |

4.  Board S-I

Board S-I will review by skill code and grade the eligible specialist employees in classes FP-04 through FP-02 as described below.

| Category | Skill Code |
|----------|-----------|
| Financial Management Officer | 2101 |
| Human Resources Officer | 2201 |
| General Services Officer | 2301 |
| Public Engagement | 4200 |
| English Language Programs | 4300 |
| Medical Provider | 6115 |
| Medical Laboratory Scientist | 6145 |
| Facilities Manager | 6217 |
| Construction Engineer | 6218 |

5.  Boards S-II

Boards S-II (A, B and C) will review eligible Special Agents (2501) by grade as described below.  The S-II Boards should ensure that no employee is disadvantaged because of the lack of an assignment abroad, given the preponderance of positions in the Special Agent category that are in the United States.  FP-03 Special Agent candidates reviewed by the S-II B Boards will be divided evenly between the two boards, with promotion opportunities also evenly divided between the two boards.

| Board | Grade |
|-------|-------|
| S-II A Special Agent (2501) | FP-02 |
| S-II B/1 Special Agent (2501) | FP-03 |
| S-II B/2 Special Agent (2501) | FP-03 |
| S-II C Special Agent (2501) | FP-04 |

6.  Board S-III

Board S-III will review by skill code and grade the eligible employees in classes FP-04 through FP-02 as described below.

| Category | Skill Code |
|---|---|
| Security Engineering Officer | 2550 |
| Security Technician | 2560 |
| Diplomatic Courier | 2580 |

7.  Boards S-IV

Boards S-IV (A and B) will review by skill code and grade eligible employees as described below.

S-IV A
Information Technology Manager (2884)                    FP-02
Information Management Specialist (2880)                 FP-03
Information Management Technical Specialist (2882)       FP-03

S-IV B
Information Technology Specialist  (2880)                FP-04
Information Management Technical Specialist (2882)       FP-04

At the FP-02 level, former Information Management Specialists (2880) and Information Management Technical Specialists (2882) compete for promotion as Information Technology Managers with the 2884 skill code. In considering FP-03s for promotion, the S-IV A Board should consider whether employees in skill codes 2880 and 2882 have gained leadership, management, and supervisory experience by serving in 2880 or 2882 management positions.

The Boards should evaluate employees in skill code 2880 placing emphasis on those employees who have shown initiative, to the extent opportunities exist, in acquiring (through formal or informal means) skills in the broad-based Information Management Specialist (IMS) category. The Boards shall place priority consideration on those employees who have demonstrated skills, performance, and potential in multiple disciplines (the former computer systems and telecommunications skills of the 2880 group).

The Boards shall give particular credit to those employees in the 2882 category who have shown initiative, to the extent opportunities exist, in acquiring (through formal or informal means) skills in the areas of computer systems, telecommunication, radio, telephone, and software operating systems to meet the changing information technology needs of the Department.

8.  Board S-V

Board S-V will review eligible OMSs (9017) by grade as described below.

Office Management Specialist (9017)            FP-02 through 05

Board S-V will review FP-05, FP-04 and FP-03 OMSs for promotion.  S-V will also review FP-02 OMSs for possible low-ranking or direct referral to a PSB.

The Department is aware that there are a limited number of available board members who hold the rank of FP-02, and who are qualified to consider FP-03 OMSs for promotion.  When the review of FP-03 and FP-02 OMSs is complete, Board S-V may release the FP-02 OMS board members and continue the review of all FP-05 and FP-04 OMSs with a revised Board.

Board S-V is reminded that the growth of office automation, diminishing resources, and the changing face of workplace technologies have led to a more multifaceted role for OMSs and to expanding duties in office and knowledge management.  These duties include substantive tasks related to the work of the office and can involve use of foreign languages.  The Department views the Foreign Service OMS as an employee who has the potential to perform a variety of functions. These include staff assistant assignments, domestic human resources assignments, managing information, and public affairs responsibilities, among other functions.  OMSs should be evaluated against the Core Precepts, regardless of the nature of the position they hold.

The Boards must not disadvantage any OMS who appears interested in or prepared to move to another career field or who has served a substantial part of their duties in non-traditional OMS functions. The Boards shall give full credit to the performance of OMSs in jobs involving non-traditional duties. They shall also give full credit to those filling executive OMS positions.

28

**SECURITY AWARENESS**

Security is an inherent, inextricable, and indispensable component of all employee positions at the Department of State, but especially in our most senior positions.  Employees competing for selection to senior positions are expected to be leaders in security awareness. Selection Boards have at their disposal information regarding an employee's security record, including the security incident history report.  Employees who have an egregious security record over the recent past are traditionally not competitive for senior positions.

Every employee's work responsibilities include a statement about the proper management of classified material and information.  Where an employee has demonstrated a pattern of failure with respect to safeguarding classified material and information, this will be reflected in the evaluation report.  Failure to safeguard classified material and information is one of the areas of weakness that may be grounds for a Selection Board's decision to low-rank an employee.

Boards will be given the security incident record for the five years prior to May 1, 2024, for each employee competing for promotion to FS-01 and above.  Employees may request a copy of their security incident record from the Bureau of Diplomatic Security and may submit to GTM/PE by May 28, 2024, a response regarding their security incident record for consideration by the appropriate Selection Board.

Selection Boards will use the security incident reports, and any responses from employees regarding their own security incident reports, in conjunction with the material in the performance folders to determine the competitiveness of those employees for promotions, performance pay, and Presidential awards.  Security incident reports also may be considered by Selection Boards for other decisions, such as low-ranking.

Core Work Responsibilities on security are:
Entry level:   Practices security awareness; reports and/or addresses possible safety hazards and/or unsafe practices; follows security directives, regulations, and policies; safeguards classified information, material, and equipment.

Mid-level:  Ensures active risk management through monitoring the security environment concurrent to the scope of official duties and responsibilities; follows security directives, regulations, and policies; safeguards classified information, material, and equipment.

Senior level:  Ensures active management by staff within the scope of their duties and responsibilities, including promoting security consciousness and implementing and/or following directives, regulations, and policies; safeguards classified information, material, and equipment.

ADDENDUM 2 TO THE 2024 PROCEDURAL PRECEPTS

**EQUAL EMPLOYMENT OPPORTUNITY PRINCIPLES**

Employees of and applicants for employment with the Department of State (DOS) are protected from discrimination on the following bases under Federal law and/or Executive Order:

- RACE, COLOR, RELIGION, SEX (including pregnancy, sexual orientation, and gender identity), NATIONAL ORIGIN
- DISABILITY
- AGE
- GENETIC INFORMATION
- POLITICAL AFFILIATION
- RETALIATION FOR ENGAGING IN A PROTECTED ACTIVITY

As a matter of Department policy, all non-discrimination principles apply to Locally Employed Staff.

Harassment is a form of employment discrimination that violates federal law. Harassment is unwelcome conduct that is based on any of the protected bases that is so severe/ pervasive it alters working conditions and either creates a hostile work environment or results in a tangible employment action.

Discrimination, including sexual harassment (3 FAM 1525) and discriminatory harassment (3 FAM 1526), will not be tolerated within the Department.

**LEADERSHIP AND MANAGEMENT PRINCIPLES (3 FAM 1214)**

1. **Model Integrity** – Hold yourself and others to the highest standards of conduct, performance, and ethics, especially when faced with difficult situations. Act in the interest of and protect the welfare of your team and organization.  Generously share credit for the accomplishments of the organization. Take responsibility for yourself, your resources, your decisions, and your action;

2. **Plan Strategically** – Develop and promote attainable, shared short and long term goals with stakeholders for your project, program, team, or organization. Provide a clear focus, establish expectations, give direction, and monitor results. Seek consensus and unified effort by anticipating, preventing, and discouraging counter-productive confrontation;

3. **Be Decisive and Take Responsibility** – Provide clear and concise guidance, training, and support, and make effective use of resources. Grant employees ownership over their work. Take responsibility when mistakes are made and treat them as an opportunity to learn. Formally and informally recognize high quality performance;

4. **Communicate** – Express yourself clearly and effectively. Be approachable and listen actively. Offer and solicit constructive feedback from others. Be cognizant of the morale and attitude of your team. Anticipate varying points of view by soliciting input;

5. **Learn and Innovate Constantly** – Strive for personal and professional improvement. Display humility by acknowledging shortcomings and working to improve your own skills and substantive knowledge. Foster an environment where fresh perspectives are encouraged and new ideas thrive. Promote a culture of creativity and exploration;

6. **Be Self-Aware** – Be open, sensitive to others, and value diversity. Be attuned to the overall attitude and morale of the team and be proactive about understanding and soliciting varying points of view;

7. **Collaborate** – Establish constructive working relationships with all mission elements to further goals. Share best practices, quality procedures, and innovative ideas to eliminate redundancies and reduce costs. Create a sense of pride and mutual support through openness;

8. **Value and Develop People** – Empower others by encouraging personal and professional development through mentoring, coaching and other opportunities. Commit to developing the next generation. Cultivate talent to maximize strengths and mitigate mission-critical weaknesses;

9. **Manage Conflict** - Encourage an atmosphere of open dialogue and trust. Embrace healthy competition and ideas. Anticipate, prevent, and discourage counterproductive confrontation. Follow courageously by dissenting respectfully when appropriate; and

10. **Foster Resilience** – Embrace new challenges and learn from them. Persist in the face of adversity. Take calculated risks, manage pressure, be flexible and acknowledge failures. Show empathy, strength, and encouragement to others in difficult times.

ADDENDUM 4 TO THE 2024 PROCEDURAL PRECEPTS

**Requirements for Promotion to FP-02 for Office Management Specialist**

Office Management Specialists seeking promotion to the FP-02 level must meet all the following Professional Development Plan (PDP) requirements:


OPERATIONAL EFFECTIVENESS.  Mandatory Requirements:

1) Be at grade FP-03; and
2) Be eligible for promotion pursuant to the Selection Board Precepts; and
3) A **completed*** tour in an executive office as the OMS to a Chief of Mission, Deputy Chief of Mission, Under Secretary, Assistant Secretary, Principal Deputy Assistant Secretary, Deputy Assistant Secretary, or their equivalents.

LEADERSHIP AND MANAGEMENT EFFECTIVENESS.  Mandatory Requirements:

1) One year of leadership service (including but not limited to EEO Counselor, EER Review Panel member, post housing board member, post employee association board member, overseas school board member, or other overseas community board member); and
2) One year of supervisory responsibility.  Such assignments could include positions that assign work, develop and set priorities, counsel employees and evaluate performance, resolve disputes, recommend or implement minor disciplinary measures, and interview and recommend candidates for positions within the executive office; and
3) Completion of FSI leadership training courses Fundamentals of Supervision (PT-230) and EEO Diversity and Awareness for Managers and Supervisors (PT-107); and
4)  Leading at State (PT-501).

PROFESSIONAL AND TECHNICAL PROFICIENCY.  Mandatory Requirements:

Successfully complete a minimum of three professional development training courses in addition to all other mandatory course requirements above and training received upon entry into the Foreign Service.  The following meet the training requirements:
A. FSI-sponsored coursework delivered in a classroom.
B. Coursework pursued at recognized/accredited organizations.
C. Documented language training of a minimum of 240 hours (to include post language training or a combination of a FAST Course followed by post language training).

Applicants must include documentation of any training not administered by FSI and/or reflected in their Employee Profile.

SERVICE NEEDS.  Mandatory Requirements:
1) One completed tour at a 25 percent or greater (hardship and/or danger pay) differential post after entry into the Foreign Service; OR a completed tour at a one-year unaccompanied post after entry into the Foreign Service. For roving and regional positions, 50% or more of the employee's tour must be spent on regional travel where the portfolio includes 25% or greater differential posts to satisfy this requirement; and
2)  One completed tour at a 20 percent or greater (hardship and/or danger pay) differential post after tenure in the Foreign Service. For roving and regional positions, 50% or more of the employee's tour must be spent on regional travel where the portfolio includes 20% or greater differential posts to satisfy this requirement.

34

**Requirements for Promotion into the Senior Foreign Service**

- All employees seeking to cross the senior threshold in the 2024 promotion cycle must meet the requirements listed here.  All those eligible for promotion across the senior threshold in 2024 must self-certify that they meet the relevant requirements.

- All employees promoted to FS-01 in 2005 or before must serve at least one full tour after tenure at a post with a differential of five percent or greater before consideration for promotion into the SFS. Regional Medical Officers are exempt.

- All employees promoted to FS-01 in 2006 or after must serve at least one full tour after tenure at a post with a differential of 15 percent or greater before consideration for promotion into the SFS.  Regional Medical Officers are exempt.

- All employees must complete required leadership and management training

- Generalists must have demonstrated language proficiency at the 3/3 level or above as indicated by an FSI-approved test.  Language proficiency under the CDP generally requires a test score of 3/3 within seven years of requesting to compete for promotion into the SFS.  There currently is no minimum language proficiency requirement for specialists.

- All Recruitment Language Program service commitments must be satisfied before employees can compete for promotion into the SFS.

ADDENDUM 6 TO THE 2024 PROCEDURAL PRECEPTS

**Scoring Core Precept Narratives**

A scoring guide has been developed for evaluating the Employee Evaluation Report (EER) narratives based on the Five Core Precepts: (1) Communication, (2) Diversity, Equity, Inclusion, & Accessibility, (3) Leadership, (4) Management, and (5) Substantive and Technical Expertise.

The narratives should be scored using a five-point scale based on the Core Precept's overall definition and the presence of proficiency illustrations.  The scoring scale is as follows. Between each scoring number, if an individual Board Member felt the candidate is stronger than the lower whole number and approaching the higher whole number in one or more elements, default to the mid-point:

> 5—Leading Others:  Demonstrates mastery of this precept and leads and/or mentors others in the same
>
> 4.5
>
> 4—Mastery:  Demonstrates talented skill level in all facets of this precept
>
> 3.5
>
> 3—Talented:  Consistently demonstrates skilled competence in majority of behaviors described in this precept
>
> 2.5
>
> 2—Satisfactory:  Demonstrates skilled competence in some behaviors described in this precept
>
> 1.5
>
> 1—Developing:  Little demonstration of competence in majority of behaviors described in this precept
>
> 0.5
>
> 0—None:  No demonstration or poor demonstration of performance related to the precept.  Performance file has no mention or indication of any activities promoting the precept.

The narrative should clearly demonstrate that the candidate is skilled in the Core Precepts through examples of supporting behaviors and/or direct inference.

**Promotion Panel Scoring Guide**

\* Please note the "Proficiency Examples" are not intended to be exact wording for FSSB members to look for, or exact language that should be found in evaluative material.  They are a guide to assist FSSB members in assigning a score based on language or examples found in evaluative material.  Boards should not penalize candidates whose EERs do not contain the exact wording that is found in these examples.

The examples below can be applied to employees at all ranks by reviewing the examples under the lens of their areas of control.  For example, a mid-level officer may achieve a high score by influencing their office.  A senior officer may achieve a high score by influencing the Department.

**Core Precept: Communication**

Writes and speaks clearly, concisely, and effectively, using well-organized, grammatically correct, and persuasive language. Demonstrates persuasion and negotiation skills as appropriate to position; influences internal and external stakeholders. Listens actively and respectfully, including to differing viewpoints. Develops proficiency at communicating across cultures and organizational lines.  In language-designated positions, uses language skills appropriately and effectively as required by the position.  When possible, addresses diverse audiences as a representative of the U.S. Government and the American people.  Uses social media, emerging technologies, and traditional methods for public outreach as appropriate to position.

Consistently demonstrates and models all the elements above.  Writes and speaks clearly and persuasively; ensures policy and operational concerns are articulated in ways most helpful to the intended audience.  Communicates a comprehensive understanding of issues in a professional manner to achieve mission-oriented results.  Shows sophisticated ability to analyze, synthesize, and advocate in a timely manner.  Influences and collaborates with others to advance mission and/or Department goals.  Instills trust, motivates others to speak candidly, and understands and respects cultural sensitivities and constraints.  Communicates effectively across organizational lines.  Advocates U.S. perspectives to a variety of audiences, as appropriate.  Maintains equanimity and a professional demeanor.  Projects calm; is decisive and communicates clearly to all stakeholders.

*If encumbering a supervisory position (of USDH, EFM, LE Staff, or other):*

Guides staff to develop effective written and oral communication skills; edits products to established Department standards.

Consistently demonstrates and exemplifies all the previous elements; and leads and mentors others to develop the same skills.  Communicates promptly, respectfully, and effectively internally and externally, at all levels.  Demonstrates superior levels of tact, diplomacy, and perceptiveness in interactions with foreign interlocutors, USG colleagues (including the interagency), and American citizens.  Provides policy and strategy advice to leaders based on an understanding of strategic and tactical considerations.  Negotiates effectively; manages and resolves major disagreements in a goal-oriented manner; exhibits a faculty for compromise while achieving ultimate goals.  Creates an environment that facilitates an open exchange of ideas.  Shows mastery of cross-cultural and inter-organizational communication skills.  Is active and effective in public outreach.

| Scoring Scale | Score | Proficiency Examples |
|---|---|---|
| **Leading Others:** Demonstrates mastery of the precept, whether in a supervisory role or not; and leads and/or mentors others in same | 5 | • Consistently uses multiple methods to develop communication skills in others.<br>• Consistently and proactively coaches others in writing or public speaking skills.<br>• Effectively delegates and is accountable for following up on routine and complex communication activities with others for developmental purposes.<br>• Consistently exhibits precept description and elements above. |
|  | 4.5 |  |
| **Mastery:** Demonstrates talented skill level in all facets of the precept | 4 | • Proactively manages communication at all levels to ensure efficiency and effectiveness, and to manage expectations across the enterprise.<br>• Models and encourages expression of diverse ideas and opinions.<br>• Finds common ground or acceptable alternatives satisfying stakeholder needs.<br>• Understands interpersonal and group dynamics; reacts in an effective manner.<br>• Engages input from others constantly, listens with empathy and concern.<br>• Effectively aligns interests of multiple, diverse stakeholders. |
|  | 3.5 |  |
| **Talented:** Consistently demonstrates skilled competence in majority of behaviors described in the precept | 3 | • Is effective in a variety of communication settings: one-on-one, groups, or among diverse styles and position levels.<br>• Wins concessions without damaging relationships.<br>• Acts with diplomacy and tact. |
|  | 2.5 |  |
| **Satisfactory:** Demonstrates skilled competence in some behaviors described in the precept | 2 | • Provides timely and helpful information to others across the organization.<br>• Relates comfortably with people across levels, functions, culture, geography.<br>• Effectively accomplishes communication tasks.<br>• Considers cultural and ethical factors in the decision-making process. |
|  | 1.5 |  |

39

| | | |
|---|---|---|
| *Developing:* Little demonstration of competence in behaviors described in the precept. | 1 | • Little indication of clear written and/or verbal communication.<br>• Little indication of winning support or buy-in from others.<br>• Little indication of communicating with people different from self.<br>• Little indication of interest in others' needs.<br>• Little indication of managing differing interests. |
| | 0.5 | |
| No demonstrated competence. | 0 | • No demonstration or poor demonstration of performance related to communication.<br>• Performance file has no mention or indication of any activities promoting communication principles. |

**Core Precept: Diversity, Equity, Inclusion, and Accessibility (DEIA)**

Takes advantage of opportunities to promote diversity, equity, inclusion, and accessibility in interactions with colleagues and interlocutors.  Demonstrates inclusivity and respect in relations with colleagues and interlocutors.  Proactively seeks and is receptive to feedback to improve one's own self-awareness with respect to promoting inclusivity in the workplace.  Builds, maintains, and fosters healthy, productive workplace relationships with all colleagues.  Collaborates with others and achieves Department goals through inclusive teamwork.  Exhibits cultural sensitivity with colleagues, including Locally Employed Staff and foreign interlocutors.  Identifies and reports disrespectful and inappropriate workplace behaviors.

Consistently demonstrates and models all the elements above.  Advances diversity, equity, accessibility, and inclusion in words and actions.  Consistently treats all individuals fairly, justly, and impartially, particularly in supervisory duties.  Where feasible, consults with impacted staff before finalizing decisions.  Models and fosters a safe, inclusive, mutually respectful work environment – up, down, and laterally.  Cultivates professional relationships, including across organizational lines and with host country contacts.  Develops accessible communications, events, engagements, and interactions to the full complement of employees, interlocuters, and the public.

*If encumbering a supervisory position (of USDH, EFM, LE Staff, or other):*

Actively seeks to recruit and retain diverse teams and improve methods of attracting diverse candidates for positions.  Ensures candidates of all backgrounds are given equitable consideration for vacant positions.  Supports equity in staff opportunities, roles, and recognition.  Supports efforts to ensure office workspaces and necessary technology are accessible for all employees, especially those with disabilities.  Addresses inappropriate behaviors immediately in accordance with Department policy.  Holds self and others accountable for behavior and performance.  Recognizes that unconscious biases can affect decisions and actions and takes steps to identify and mitigate them in the evaluation of others' performance.  Promotes fairness, equity, and inclusion in the treatment of others.  Supports workplace flexibilities and the reasonable accommodation process to strengthen equity and accessibility.

Consistently demonstrates and exemplifies all the previous elements; and leads and mentors others to develop the same.  Promotes a culture of inclusion that incorporates the values and efforts of staff.  Creates and cultivates diverse, equitable, inclusive, productive, and collaborative work environments.  Fosters a culture that supports the recruitment and retention of a diplomatic workforce that reflects the diversity of our country, including underrepresented communities.  Reacts immediately in accordance with Department policy in response to allegations of discrimination, harassment, and bullying, and all other inappropriate, non-inclusive, disrespectful, and toxic workplace behaviors; takes action to address such behaviors organization-wide.

| Scoring Scale | Score | Proficiency Examples |
|---|---|---|
| *Leading Others*: Demonstrates mastery of the precept, whether in a supervisory role or not; and leads and/or mentors others in same | 5 | • Consistently uses multiple methods to develop DEIA skills in others.<br>• Advances DEIA principles through training, mentoring, and taking the lead in all activities.<br>• Consistently exhibits precept description and elements above. |
|  | 4.5 |  |
| *Mastery:* Demonstrates talented skill level in all facets of the precept | 4 | • Leverages different experiences, styles, backgrounds, and viewpoints.<br>• Seamlessly adapts leadership style to fit a wide variety of others' specific needs.<br>• Actively seeks a diverse array of applicants and values diversity of experience, thought, and background.<br>• Advances precept elements] through a variety of actions and programs. |
|  | 3.5 |  |
| *Talented:* Consistently demonstrates skilled competence in majority of behaviors described in the precept | 3 | • Actively seeks information about wide variety of cultures and viewpoints.<br>• Adapts interpersonal behaviors to the needs of others.<br>• Observes situational and group dynamics, selecting the best-fit approach. |
|  | 2.5 |  |
| *Satisfactory:* Demonstrates skilled competence in some behaviors described in the precept | 2 | • Contributes to a work climate in which differences are valued and supported.<br>• Demonstrates that different situations may call for different approaches.<br>• Promotes team environment valuing encouraging, supporting differences. |
|  | 1.5 |  |
| *Developing:* Little demonstration of competence in behaviors described in the precept. | 1 | • Little indication of adapting to differences.<br>• Little indication of seeking diversity in staff.<br>• Little indication of promoting DEIA principles through activities, programs, or training. |

| | 0.5 | |
|---|---|---|
| **None:** No demonstration of the precept. | 0 | • No demonstration or poor demonstration of performance related to DEIA. <br> • No mention or indication of any activities promoting DEIA principles. |

**Core Precept: Leadership**

Manages conflict constructively. Exhibits self-awareness, compassion, professionalism, and composure under pressure. Adapts behavior and work methods as needed in response to new information, changing conditions, or unexpected obstacles. Demonstrates critical reasoning and adaptability. Identifies the strengths and weaknesses of various approaches; outlines realistic options. Holds oneself accountable; seeks informal feedback in order to grow. Raises concerns appropriately and, when necessary, uses appropriate avenues for dissent. Demonstrates open-mindedness to change and innovation.

Consistently demonstrates and models all the elements above. Makes sound, timely, and ethical decisions. Determines the best solution or action from a range of options; objectively analyzes problems and motivations of others. Provides feedback to colleagues and seeks feedback on own performance. Exhibits willingness to take strategic risks and to advance innovative ideas and processes. Develops and shares lessons learned from mistakes and failures. Encourages strategic, innovative, and results-oriented approaches with peers and staff. Champions and guides staff in adjusting to change; models and reinforces flexibility in staff. Encourages well-founded constructive dissent and solicits, weighs, and clearly articulates its appropriate expression. Shows empathy, respect, and encouragement to others in difficult times.

*If encumbering a supervisory position (of USDH, EFM, LE Staff, or other):*

Deepens and broadens own supervisory skills and develops the skills of the employees for whom they are responsible; treats subordinates with professionalism, respect, and fairness. Identifies employees' needs and adapts supervisory style accordingly and as appropriate. Takes an active, involved approach to the performance development of those supervised, regardless of background. Empowers staff to take ownership of their work. Encourages innovative, creative, and strategic thinking as well as initiative-taking among those supervised. Takes responsibility when mistakes are made, or calculated risks do not work out. Fosters an environment that prioritizes training and encourages staff to develop new skills. Models and supports work/life balance.

Consistently demonstrates and exemplifies all the elements above; and leads and mentors others to develop the same skills. Models integrity, respect, and dedication to public service. Demonstrates creativity and courage in crafting policy and strategy. Makes substantial contributions to the advancement of Department and whole-of-government goals; motivates, supports, and leads others toward the same. Fosters an organizational culture which instills a willingness to fail while taking strategic risks that further U.S. foreign policy and Department objectives. Responds wisely to situations in which information and analysis are incomplete; makes considered decisions in the face of such ambiguity. Embraces and drives institutional and cultural change in support of the Department and its objectives. Empowers and enables others to develop their skills as leaders. Works at the institutional level to build and sustain a strong supervisory

ethic and the career-long development of supervisory skills.  Anticipates, identifies, and deals effectively with workplace interpersonal conflict.

Strengthens the institution by developing a diverse cross -section among the next generation of Department of State employees and through service to the organization. Encourages personnel to express opinions and to use dissent channels; accords importance to well-founded constructive dissent.  Recognizes and supports moral courage.

| Scoring Scale | Score | Proficiency Examples |
|---|---|---|
| **Leading Others:** Demonstrates mastery of the precept, whether in a supervisory role or not; and leads and/or mentors others in same | 5 | • Finds common ground, drives to consensus, ensuring all feel heard.  Provides feedback.<br>• Leads others to champion creative ideas and move them into implementation.<br>• Consistently uses multiple methods to develop leadership skills in others.<br>• Rallies others to persist in the face of challenges and setbacks. |
|  | 4.5 |  |
| **Mastery:** Demonstrates talented skill level in all facets of the precept | 4 | • Decisively makes informed decisions with incomplete information.<br>• Builds excitement in others to explore creative options. |
|  | 3.5 |  |
| **Talented:** Consistently demonstrates skilled competence in majority of behaviors described in the precept | 3 | • Works out tough agreements and settles disputes equitably.<br>• Aligns employees' career development goals with organizational objectives. |
|  | 2.5 |  |
| **Satisfactory:** Demonstrates skilled competence in some behaviors described in the precept | 2 | • Makes decisions impacting short-term results, not long-term goals.<br>• Comes up with useful ideas that are new, better, or unique and engages others to work toward implementation. |

| | 1.5 | |
|---|---|---|
| ***Developing:*** Little demonstration of competence in behaviors described in the precept. | 1 | • Little indication of helping others work through disagreements.<br>• Little indication of decisiveness or quality decision-making under pressure.<br>• Little indication of experimenting with new strategies.<br>• Little indication of rallying others to adapt or adjust to interruptions. |
| | 0.5 | |
| ***None:*** No demonstrated competence. | 0 | • No demonstration or poor demonstration of performance related to leadership.<br>• No mention or indication of any activities promoting leadership principles. |

| Core Precept: Management |
| --- |

Is well-prepared, dependable, and conscientious.  Offers courteous customer service that responds to customers' needs.  Effectively manages human, financial, physical, and time resources, as appropriate to position.  Utilizes internal controls to prevent waste, fraud, and mismanagement; reports concerns appropriately for further investigation. Takes responsibility for mistakes and learns from them.  Remains calm and professional, and contributes to the protection of lives, property, and American interests in times of crisis.  Protects classified information; observes security practices.

Consistently demonstrates and models all the elements above.  Develops and shares best practices to eliminate redundancies, reduce costs, improve transparency, and make appropriate use of limited resources.  Ensures effectiveness of internal controls; allocates resources efficiently, equitably, and in accordance with policy and regulatory guidelines.  Exercises accountability.  Develops preventive plans to mitigate risk. Develops and upholds mission goals in accordance with security policies and practices. Implements strategies to balance mission requirements with threat environment.

*If encumbering a supervisory position (of USDH, EFM, LE Staff, or other):*

Ensures to the extent possible others have needed tools to work effectively. Delegates effectively, appropriately, and consistently.  Works to prevent and resolve workplace conflict among staff.  Addresses misconduct and poor performance by those within the supervisory chain.  Delivers thorough and on-time work plans, performance management discussions, and performance evaluations of direct and indirect reports.

Consistently demonstrates and exemplifies all the previous elements; and leads and mentors others to develop the same.  Supports an environment that safeguards people, resources, and information.  Confronts emerging transnational or organization-level challenges by making effective use of available U.S. Government resources. Demonstrates effective and innovative direction and stewardship of policy initiatives, programs, people, finances, time, property, and other resource s. Delegates at the executive level. Effectively manages operations at domestic locations and overseas posts, as relevant.

Evaluates internal control strengths, ensures improvements are implemented as warranted; holds managers accountable for their decisions; seeks resource adjustments as needed. Promotes the practice of good personal, information, and physical security measures. Makes sound decisions and delegates as appropriate in crises.

| Scoring Scale | Score | Proficiency Examples |
| --- | --- | --- |
| *Leading Others*: Demonstrates mastery of the precept, | 5 | • Helps others recognize trends/needs and develop and implement polices accordingly. <br> • Enables  others to transform information into mission policies and practices. <br> • Consistently uses multiple methods to develop |

| | | |
|---|---|---|
| whether in a supervisory role or not, and leads others in same | | • management skills in others.<br>• Focuses efforts on leading others to continuous improvement, identifying and seizing opportunities for synergy and integration. |
| | 4.5 | |
| *Mastery:* Demonstrates talented skill level in all facets of the precept | 4 | • Strategically promotes mission/bureau/agency priorities.<br>• Identifies and monitors key budget indicators; gauging effectiveness.<br>• Separates and combines tasks into efficient, simple workflows.<br>• Spots possible future polices, practices, trends in the mission or agency.<br>• Identifies needs and develops and implements policy accordingly. |
| | 3.5 | |
| *Talented:* Consistently demonstrates skilled competence in majority of behaviors described in the precept | 3 | • Has an in-depth understanding of regulatory guidelines.<br>• Uses financial analysis to generate, evaluate, and act on strategic mission activities.<br>• Aligns employees' career development goals with organizational objectives.<br>• Operates with agency-wide perspective and consideration.<br>• Contributes to the development or implementation of policy. |
| | 2.5 | |
| *Satisfactory:* Demonstrates skilled competence in some behaviors described in the precept | 2 | • Stays abreast of current and possible future policies and trends impacting the mission, bureau or agency.<br>• Understands the meaning and implications of key budget indicators.<br>• Does the minimum to accomplish tasks. |
| | 1.5 | • |
| *Developing:* Minimal demonstration of competence in behaviors described in the precept. | 1 | • Little indication of actions that focus on the bigger picture.<br>• Little indication of budget/resource consideration in decision making.<br>• Little indication seeking of opportunities for synergy and efficiency.<br>• Little indication of working toward policy understanding or development. |

48

| | | |
|---|---|---|
| **None:** No demonstration of the precept. | 0 | • No demonstration or poor demonstration of performance related to management. <br> • No mention or indication of any activities promoting management principles. |

**Core Precept: Substantive and Technical Expertise**

Masters one's portfolio, to include pertinent rules, regulations, procedures, and specific technical skills.  Maintains and applies institutional and subject matter knowledge and relevant technical expertise, as applicable to position.  Embraces innovation and improves processes.  Pursues training opportunities to keep abreast of professional standards, policies, programs, and trends.  Develops as appropriate the ability to read, understand, create, and communicate data as information.  Identifies the strengths and weaknesses of various approaches based on data-driven analysis, as appropriate.  Develops interagency knowledge and understanding of foreign cultures and languages as appropriate to position.  Understands the roles and authorities of the Department and other USG agencies.  Applies that knowledge to build interagency cooperation and provide effective customer service.  Meets language requirements for tenure; uses foreign language skills to enhance job performance and better serve customers.

Consistently demonstrates and models all the elements above.  Deepens professional expertise and applies this knowledge to achieve mission and/or Department goals.  Uses expertise to evaluate policies and programs, and to advise, develop, and assist others.  Bases recommendations and decisions on data-driven analysis, as appropriate.  Uses knowledge of interagency as well as foreign cultures and languages to achieve policy and customer service goals.  Builds language skills to meet Career Development Program requirements for Senior Foreign Service eligibility.  Uses language skills to exercise influence and build relationships.

*If encumbering a supervisory position (of USDH, EFM, LE Staff, or other):*

Supports continuous learning by employees.  Encourages subordinates to deepen their substantive knowledge and to build technical skills.  Enhances own and staff's understanding of work -related technologies.

Consistently demonstrates and exemplifies all the elements above; and leads and mentors others to develop the same.  Promotes an organization-wide culture of innovation.  Demonstrates both mastery of own specialty and a broad knowledge of processes and practices throughout the Department.  Anticipates the need for new knowledge for self and staff; identifies and communicates sources of new information; fosters a culture of professional growth and staff's full utilization of professional and technical skills, and technology to achieve bureau/mission customer objectives.  Uses data -driven analysis as appropriate to influence and steer policy and processes and guides others to do the same.  Uses sophisticated knowledge of foreign cultures and other USG agencies to advance U.S. goals and solve complex problems.  Works to develop this ability in subordinates.  Maintains and further develops proficiency in foreign language(s).  Uses language skills to promote U.S. interests with a wide range of audiences.

| Scoring Scale | Score | Proficiency Examples |
|---|---|---|
| *Leading Others:* Demonstrates mastery of the precept, whether in a supervisory role or not, and leads others in same | 5 | • Sets stretch goals for others to learn and adopt new technologies or methods.<br>• Leads others to champion creative ideas and move them into implementation.<br>• Helps others develop scenarios to deal with the global challenges the mission, bureau or agency faces.<br>• Consistently uses multiple methods to develop expertise in others.<br>• Leads collaboration efforts across diverse teams. |
|  | 4.5 |  |
| *Mastery:* Demonstrates talented skill level in all facets of the precept. | 4 | • Uses experiences to navigate difficult situations.<br>• Applies accrued knowledge and experience to try new ideas.<br>• Thinks globally; excels at acting with the big picture in mind.<br>• Engages a wide variety of contributors and stakeholders to make well-informed decisions. |
|  | 3.5 |  |
| *Talented:* Consistently demonstrates skilled competence in majority of behaviors described in the precept. | 3 | • Continually scans the environment for new ideas and approaches.<br>• Applies experience and/or expertise to resolve unique, complex, or unforeseen challenges.<br>• Creates and/or modifies standard operation procedures based on accrued knowledge, experience, and information. |
|  | 2.5 |  |
| *Satisfactory:* Demonstrates skilled competence in some behaviors described in the Precept. | 2 | • Utilizes strengths/experience to solve common problems.<br>• Applies expertise to develop quality analyses.<br>• Seeks to improve processes by applying accrued knowledge and experience.<br>• Follows standard operating procedures with little error. |
|  | 1.5 |  |

| | | |
|---|---|---|
| **Developing:** Minimal demonstration of competence in behaviors described in the precept. | 1 | • Little indication of strategic analysis<br>• Little indication of making an impact on processes or goals.<br>• Little indication of utilizing expertise. |
| | 0.5 | |
| **None:** No demonstration of the precept. | 0 | • No demonstration or poor demonstration of performance related to substantive and technical skills.<br>• No mention or indication of any actions using substantive knowledge and technical expertise. |

<u>ADDENDUM 7 TO THE 2024 PROCEDURAL PRECEPTS</u>

A scoring guide has been developed for evaluating the Employee Evaluation Report (EER) narratives based on the Cross-Functional Competency.

The EER should be scored using a five-point scale based on the Cross-Functional Competency's overall definitions and the presence of proficiency illustrations.  The scoring scale is as follows.  Between each scoring number, if you feel the candidate is stronger than the lower whole number and approaching the higher whole number in one or more elements, default to the mid-point.

**\*5—Leading Others:**  Demonstrating excellent cross-functional performance with at least two years of responsibility for oversight/leadership across functions ***outside*** of the employee's primary skill code; including senior roles (including but not limited to COM, DAS, DCM, EX, and Office Directors), long term skills training, details, interagency assignments, or significant portions in an Acting or TDY capacity in a leadership role.  The performance file contains excellent examples of cross functional impact with agency level institutional impact.

**\*4.5**

**\*4— Mastery**:  Demonstrating excellent cross-functional performance with at least two years of variation of assignments and/or work ***outside*** of the employee's primary skill code; including long term skills training assignments, details, interagency assignments, or significant portions in an Acting role or TDY capacity.  The performance file contains excellent examples of cross functional impact with Post or Bureau level institutional impact.

**\*3.5**

**\*3— Talented**:  Demonstrating strong cross-functional performance with less than two years of variation of assignments or work ***outside of*** the employee's primary skill code; including long-term skills training, details, and interagency assignments or significant portions in an Acting or TDY capacity.  The performance file contains impactful examples of cross functional activity outside the primary skill code in the past two years.

**2.5**

**2—Satisfactory:**  Demonstrating strong cross-functional performance with at least two years of variation between assignments or work ***within*** the employee's primary skill code.  The performance file contains impactful examples of cross functional activity inside the primary skill code in the past two years.

**1.5**

**1—Developing:**  Demonstrating some cross-functional performance with less than two years of variation between assignments or work ***within*** the employee's primary skill code.  The performance file has a passing mention to cross functional activity but no real impact is demonstrated.

**0.5**

**0**—No demonstration of variation between assignments or cross-functional performance.  The performance file has no mention or indication of any cross functional activity.

*\*Significant portions in an acting capacity equal 120 or more days, not necessarily consecutive.*

The EER narratives should clearly demonstrate that the candidate is skilled in the Cross-Functional Competency through examples of supporting behaviors and/or direct inference.

**Promotion Panel Scoring Guide**

**Please note the "Proficiency Examples" are not intended to be exact wording for FSSB members to look for, or exact language that should be found in evaluative material.  They are a guide to assist FSSB members in assigning a score based on language or examples found in evaluative material.  Boards should not penalize candidates whose EERs do not contain the exact wording that is found in these examples.  Occasionally, boards may need to go back farther than the previous five years or to the last promotion to credit cross-functional diversification.**

| Cross-Functional Competency |
|---|
| Cross-functional competence is the demonstration of cross-functional performance through a variation of assignments and/or work outside of the employee's primary skill code.  This can include long-term skills training assignments (not including language training), details, interagency assignments, or significant portions in an Acting role or TDY capacity.  This can also include dual or triple hatted positions that effectively demonstrate ability to lead in cross-cutting roles. |
| Cross-functional competence is the ability to effectively collaborate, communicate, and perform tasks across different functional areas within an organization.  It extends beyond technical proficiency in the employee's primary skill code and encompasses a broad range of skills, including adaptability, communication, problem-solving, and teamwork.  It is the employee's ability to seamlessly integrate one's expertise with other departments or other areas of expertise, fostering a collaborative environment that advances mission goals. |
| Cross-functional competence includes taking the initiative in balancing stakeholders, leading high-performing cross-functional teams, influencing mindsets, leading transformational change, inspiring shared vision, cultivating buy-in and ownership, and aligning strategy across the enterprise with organizational goals and objectives. |

| Scoring Scale | Score | Proficiency Examples |
|---|---|---|

| | | |
|---|---|---|
| *Leading Others*: **Demonstrates mastery of this competency and leads and/or mentors others in same** | 5 | • Taking charge of projects that involve multiple departments or teams outside of one's primary skill code, demonstrating the ability to coordinate efforts, set objectives, and drive results across diverse functional areas spanning at least two years.<br>• Engaging in long-term skills training programs (not including language training) or actively mentoring individuals from different departments, sharing expertise, and fostering a culture of continuous learning and collaboration.<br>• Assuming acting or temporary duty (TDY) assignments in senior leadership roles for 120 or more days, showcasing the capacity to oversee and influence decision-making at the agency level.<br>• Participating in interagency assignments or initiatives that require collaboration with external organizations or government agencies, effectively representing the organization's interests while building partnerships and achieving shared objectives.<br>• Demonstrating a track record of cross-functional impact that extends beyond individual projects, with documented examples of contributions that have had a significant and lasting institutional impact on operations or strategic priorities. |
| | 4.5 | |
| *Mastery*: **Demonstrates talented skill level in majority facets of precept** | 4 | • Demonstrating the ability to successfully undertake varied assignments or roles outside of one's primary skill code over at least two years. This includes willingly taking on new challenges, adapting quickly to changing environments, and effectively leveraging transferable skills to excel in different contexts.<br>• Engaging in extended skills training programs that span multiple disciplines or functional areas, showcasing a commitment to continuous learning and professional development. This may involve pursuing certifications, attending workshops, or participating in specialized training courses relevant to diverse roles within the organization or inter-agency.<br>• Accepting temporary assignments or details to other offices, bureaus, or agencies, where the individual can apply their expertise in new and unfamiliar settings. This demonstrates a willingness to collaborate across organizational boundaries, gain exposure to different perspectives, and contribute to broader U.S. government objectives.<br>• Assuming significant responsibilities in acting roles or temporary duty (TDY) capacities for extended periods (120 days or more), showcasing the ability to lead, manage, and make decisions beyond one's usual scope of duties. This includes instances where individuals step into leadership positions to fill gaps or address critical needs, contributing to institutional stability and continuity.<br>• Generating tangible outcomes and driving positive change at the post or bureau level through cross-functional collaboration and |

| | | |
|---|---|---|
| | | performance. This may involve leading cross-departmental initiatives, implementing process improvements, or contributing to strategic decision-making that enhances organizational effectiveness and achieves broader institutional goals. |
| | 3.5 | |
| *Talented:* **Consistently demonstrates skilled competence in several of behaviors described in competency** | 3 | • Providing clear and impactful examples of cross-functional activity outside the primary skill code within the past two years, demonstrating the ability to collaborate effectively across functional areas and make meaningful contributions to organizational objectives. This may include project outcomes, process improvements, or other tangible results that showcase the individual's cross-functional competence and impact.<br>• Engaging in ongoing skills training programs or workshops relevant to roles outside of one's primary skill code, demonstrating a proactive approach to expanding knowledge and capabilities across functional areas within the organization.<br>• Taking on short-term details or assignments that collectively amount to 120 days or more in different departments or teams, effectively applying skills and expertise to support diverse projects or initiatives. This includes demonstrating adaptability and the ability to quickly acclimate to new environments and responsibilities.<br>• Collaborating with external organizations or government agencies on interagency projects or initiatives, multilateral projects, or public-private partnerships contributing valuable insights and expertise to achieve shared objectives. This involves building relationships, communicating effectively across organizational boundaries, and representing the department's interests with professionalism and diplomacy.<br>• Assuming temporary duty (TDY) assignments or acting roles outside of one's primary skill code for at least 120 days, showcasing the ability to step up and fulfill leadership responsibilities in challenging circumstances. This may involve leading teams, making decisions, and driving results in unfamiliar contexts, demonstrating versatility and leadership potential. |
| | 2.5 | |
| *Satisfactory:* **Demonstrates skilled competence in some behaviors described in competency** | 2 | • Exhibiting a track record of successfully tackling diverse assignments or projects within the employee's primary skill code over at least two years. This includes showing adaptability and proficiency in handling different types of tasks, challenges, and responsibilities within their area of expertise.<br>• Actively seeking opportunities to collaborate with colleagues from other departments or teams, leveraging their expertise and insights to enhance the quality and impact of projects. This involves communicating effectively, sharing knowledge, and working collaboratively to achieve shared goals. |

| | | |
|---|---|---|
| | | • Taking the lead in initiating and managing cross-functional projects or initiatives that require collaboration between multiple departments or teams. This includes setting objectives, coordinating efforts, and driving results while ensuring alignment with organizational priorities and objectives.<br>• Providing documented examples of impactful cross-functional activity within the primary skill code in the past two years. This may include project outcomes, process improvements, or other tangible results that demonstrate the employee's ability to collaborate effectively across functional areas and contribute to organizational success. |
| | 1.5 | |
| *Developing:* **Little to no demonstra-tion of competence in majority of behaviors described in competency** | 1 | • Actively seeking out opportunities to collaborate with colleagues from other departments or teams, even within the employee's primary skill code, to gain exposure to different perspectives and approaches.<br>• Volunteering to participate in cross-functional projects or meetings, contributing ideas, insights, and expertise to discussions and decision-making processes. Offering assistance or support to colleagues outside the employee's primary skill code when needed, demonstrating a willingness to lend a helping hand and contribute to the success of broader team efforts.<br>• Proactively seeking opportunities to attend training sessions or workshops inside or outside the employee's primary skill code, aiming to broaden knowledge and skills and facilitate future cross-functional collaboration.<br>• While no real impact is demonstrated, the performance file may contain passing mentions of involvement in cross-functional activities, such as attending meetings or contributing ideas, indicating an awareness of the importance of cross-functional collaboration and a willingness to engage in such initiatives. |
| | 0.5 | |
| **No demonstrated competence.** | 0 | • No demonstration of variation between assignments or cross-functional performance.<br>• The performance file has no mention or indication of any cross functional activity. |