IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION,<br><br>          *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>          *Defendants.* | Civil Action No. 1:25-cv-1030-PLF |

## DECLARATION OF ASGEIR SIGFUSSON

I, Asgeir Sigfusson, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Executive Director of the American Foreign Service Association (AFSA).

2. I have been AFSA Executive Director since November 2019. Prior to being hired as AFSA Executive Director, I served as AFSA's Director of Communications, Director of New Media, Communications and Marketing Manager, Education Assistant, Assistant to the USAID Vice President, and as an intern, starting in 2001.

3. AFSA issues statements to the press about significant issues affecting our members and about AFSA's activities advocating for our members. AFSA publishes these press releases on our website. True and correct copies of press releases that AFSA has issued for the purpose of communicating with the media can be found on AFSA's website,

at https://afsa.org/press, which contains links to true and correct copies of individual press releases.

4. AFSA is the professional association and exclusive representative for the U.S. Foreign Service across six foreign affairs agencies, which include the Department of State, U.S. Agency for International Development (USAID), Foreign Commercial Service (FCS), Foreign Agricultural Service (FAS), Animal and Plant Health Inspection Service (APHIS) and U.S. Agency for Global Media (USAGM). Nearly 80 percent of the active-duty members of the Foreign Service have chosen to become dues-paying members of AFSA.

5. AFSA enters into collective bargaining negotiations with the six foreign affairs agencies on a wide variety of terms and conditions of employment and represents or assists members with issues relating to their employment.

6. As the Executive Director of AFSA, I oversee AFSA's executive functions, human resources, infrastructure, accounting, and finances. I am also the primary liaison between all of AFSA's staff and the elected officers and representatives on AFSA's Governing Board.

7. AFSA employs 40 staff members who engage in all facets of Foreign Service representation, advocacy, and communication. AFSA's offices include:

   a. Office of the General Counsel – AFSA has a professional staff of 11 employees, including eight attorneys, who represent and advise members across the six foreign affairs agencies in all aspects of their employment, including investigations, discipline cases, grievance proceedings, assignment appeals, to name a few. The Office of the General Counsel also

provides support to AFSA elected officials in collective bargaining and files implementation disputes and unfair labor practices when the agencies violate AFSA's collective bargaining agreements or violate the labor management provisions of the Foreign Service Act.

b. Communications and Outreach – Staff develops public relations strategies and engage with various external audiences to include all forms of media in support of AFSA's mission and goals.

c. Member Engagement and Programs – Staff are responsible for membership recruitment, internal communications, membership retention and programming, and issues relating to automatic dues deductions.

d. *The Foreign Service Journal* and FS Books – *The Foreign Service Journal* has a circulation of 18,000 and is published ten times a year.

e. Advocacy and Professional Policy Issues – Staff are responsible for analyzing, developing and articulating policy issues affecting the Foreign Service to strategic partners. In addition, AFSA's legislative director advocates for federal and state legislation impacting members of the Foreign Service.

f. Finance and Administration – Staff oversees human resources, budgeting, reporting, infrastructure, information technology, and daily administration.

6. AFSA's annual operating costs are approximately $5 million.

7. AFSA bargaining unit members pay voluntary membership dues to AFSA. Automatic payroll deductions from AFSA members constitute between $360,000 and

$389,000 a month in dues revenue. These dues constitute approximately 86% of the union's source of operational funding.

8. The March 27, 2025, Executive Order titled "Exclusion from Federal Labor-Management Relations Programs" will have an immediate and devastating impact on AFSA's ability to meet its operating costs.

9. The loss of membership revenue caused by the cessation of automatic dues deductions will cause immediate cash flow issues. At some point, AFSA will not be able to pay utilities, vendor costs and most concerning, employee salaries and benefits. The difficulties in paying AFSA obligations could significantly harm the organization's credit as well as its reputation. Although AFSA's LM-2 form recently filed with the Department of Labor indicates investments that exceed annual operating costs, most of those funds are in AFSA's scholarship fund, which is a separate 501(c)(3) entity and cannot be used for operating expenses.

10. The loss of membership dues could cause immediate layoffs for AFSA staff in addition to cuts in salaries and benefits.

11. In addition, AFSA's collective bargaining agreements grant office space in the Department of State to certain AFSA officers and AFSA staff at no cost to AFSA. This provides bargaining unit members a place to meet with their exclusive representative and for AFSA to maintain its documents and files. The files maintained in the office include email accounts and electronic files, where AFSA officers and staff have significant documents such as correspondence with members, legal pleadings and memoranda, and records of collective bargaining history. The inability to access these files will be devastating and severely complicate the work of AFSA's officers and staff.

12. Our electronic accounts also enable AFSA staff to access the Foreign Service directory, which contains contact information for all agency employees, including agency officials, bargaining unit members, and contacts in offices such as the Foreign Service Grievance Board. Access to the directory is essential for AFSA staff to maintain contact and communication with members and department personnel.

13. The loss of agency office accommodations would require AFSA to obtain additional workspace, which we estimate could cost approximately $300,000/year based on average DC square foot pricing.

14. AFSA members will be significantly harmed by the Executive Order as AFSA's collective bargaining agreements provide 100% official time for the President of AFSA, the AFSA Vice Presidents from State, USAID, FCS, and FAS, and an AFSA State Representative, meaning that those officers perform union duties full-time during the workday. If these elected representatives are not permitted to use official time, they will be reassigned to a Foreign Service assignment and will not have adequate time to perform their union duties.

15. The timing of the Executive Order creates additional hardships for AFSA and for members of the Foreign Service. AFSA is in the middle of elections for the governing board. Positions to be filled include the 100% official time President and Vice President positions. With the elimination of official time, AFSA anticipates that it will not be able to fill the full-time AFSA positions as individuals will not be able to serve in those positions without official time. Employees who decided to run for those positions will be harmed because they have foregone bidding on Foreign Service assignments. These

employees will be prejudiced in finding assignments this late in the assignment cycle, which could in turn impact future promotion opportunities.

16. The injuries suffered by Foreign Service employees, AFSA members and AFSA staff are ongoing or imminent and will persist unless this Court intervenes.


Executed on April 14, 2025

                                                          Asgeir Sigfusson