# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 25-cv-1030-PLF |
| v. | ) ) | |
| DONALD J. TRUMP, et al., | ) ) | |
| *Defendants*. | ) ) | |

## CERTIFICATE OF NOTICE PURSUANT TO LOCAL CIVIL RULE 65.1(a)

Pursuant to Local Civil Rule 65.1, I hereby certify that on April 14, 2025, I provided copies by email of the following documents that have been filed in this action to the Civil Process Clerk at USADC.ServiceCivil@usdoj.gov and to the Civil Chief at brian.hudak@usdoj.gov, pursuant to the instructions at http://www.justice.gov/usao-dc/civil-division.

- Dkt. #1: Complaint (also served by certified mail on April 9, 2025);
- Dkt. #1-1: Civil Cover Sheet;
- Dkt. #2: Notice of Related Case;
- Dkt. #3: Notice of Appearance by Keith R. Bolek;
- Dkt. #4: Notice of Appearance by April H. Pullium;
- Dkt. #5: Notice of Appearance by Richard J. Hirn;
- Dkt. #6: LCvR 26.1 Certificate of Disclosure;

- Dkt. #7: Six (6) Summonses Issued to Defendants (also served by certified mail on April 9, 2025);

- Dkt. #9: Two (2) Summonses Issued to U.S. Attorney and U.S. Attorney General (also served by certified mail on April 9, 2025); and

- Dkt. #10: Plaintiff's Motion for Preliminary Injunction, Memorandum in Support of Preliminary Injunction (Dkt. #10-1), six (6) Declarations in Support of Preliminary Injunction (Dkt. #10-2 through #10-7), and Proposed Order (Dkt. #10-8).

DATED: April 14, 2025                    Respectfully submitted,

                                    By:    /s/ April H. Pullium
                                           April H. Pullium
                                           Bar No. 198026
                                           O'Donoghue & O'Donoghue LLP
                                           5301 Wisconsin Avenue, Suite 800
                                           Washington, D.C. 20015
                                           (202) 362-0041
                                           apullium@odonoghuelaw.com

                                           *Counsel for Plaintiff American Foreign Service Association*