# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FOREIGN SERVICE ASSOCIATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DONALD J. TRUMP,** in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Civil Action No. 25-1030 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 15, 2025, the parties, by and through undersigned counsel, propose the following schedule for completing briefing on Plaintiff's Motion for a Preliminary Injunction filed April 14, 2025.

By the above-referenced order, the Court scheduled a hearing on May 5, 2025, at 2 p.m., on Plaintiff's Motion for a Preliminary Injunction, and directed the parties to confer and submit a status report by April 16, 2025, with a proposed schedule for the filing of Defendants' opposition and Plaintiff's reply. The parties have conferred and jointly propose the following deadlines:

  Defendants' Opposition to the Preliminary Injunction Motion:  April 25, 2025

  Plaintiff's Reply in Support of the Motion:  May 1, 2025


       Respectfully submitted,

       /s/*Richard J. Hirn*
       _____
       Richard J. Hirn
       D.C. Bar No. 291849

5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 274-1812
Email: richard@hirnlaw.com

*Counsel for Plaintiff*

      AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: \_\_/s/*Jeremy S. Simon*_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

2