**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| AMERICAN FOREIGN SERVICE ) | |
| ASSOCIATION, ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 25-cv-1030-PLF |
| ) | |
| v. ) | |
| ) | |
| DONALD TRUMP, et al., ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

**SUPPLEMENTAL DECLARATION OF THOMAS YAZDGERDI**

I, Thomas Yazdgerdi, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am currently serving as the President of the American Foreign Service Association ("AFSA"). I am also a member of the Senior Foreign Service at the Department of State.

2.      On April 22, 2025, I received an email from Deputy Secretary of State Christopher Landau, which described a "reorganization" of the Department of State that "Secretary Rubio announced this morning." A true and correct copy of this email is attached as Exhibit 1 to this Declaration.

3.      The email described in Paragraph 2 contained a link to an "internal site to provide ongoing updates and guidance" on the reorganization and stated that the internal website "contains the Department's new organizational chart, an initial set of FAQs, and a fact-sheet on the reorganization." On April 28, 2025, I clicked on that link, visited the internal website on the reorganization, and downloaded documents posted on the internal website. A true and correct copy of the "State Department Reorganization Fact Sheet," dated April 22, 2025, that I downloaded is

1

attached as Exhibit 2 to this Declaration. A true and correct copy of the "Department Reorganization FAQs (as of April 22, 2025)" that I downloaded is attached as Exhibit 3 to this Declaration. A true and correct copy of the "New Org Chart" that I downloaded is attached as Exhibit 4 to this Declaration.

Executed on April 29, 2025

_____

Thomas Yazdgerdi

# EXHIBIT

# 1

**From:**       Thomas Yazderdi <yazdgerditk@state.gov>
**Sent:**       Monday, April 28, 2025 3:48 PM
**To:**         Thomas Yazdgerdi
**Subject:**    [EXTERNAL]Fw: The State Department Reorganization

_____
**Tom Yazdgerdi | President**
**Executive Assistant: 202.944.5506| Email: yazdgerdi@afsa.org**
**Address: 2101 E St NW, Washington, DC 20037**
American Foreign Service Association



**From:** Deputy Secretary Landau (D)
**Sent:** Tuesday, April 22, 2025 10:15 AM
**Subject:** The State Department Reorganization



Dear Colleagues,

As Secretary Rubio announced this morning, the Department of State is undertaking a reorganization to better align our people and capabilities with our core diplomatic mission. I write to you now to provide a brief overview of the thinking underlying these changes—which, as you will see, bear scant resemblance to some recently (and inaccurately) reported proposals.

Every day, our Department is tasked with supporting the President and the Secretary in establishing, implementing, and communicating American foreign policy. We promote and defend our people and our national interests around the world.

Steady bureaucratic accretion and ossification under Administrations of both parties has distracted our Department from its core mission, consequently undermining our effectiveness and relevance. As a

recent Ambassador, I observed firsthand how the feedback loop between our headquarters in Washington and our foreign missions has degenerated. Over the course of the last few decades, we've allowed our organizational chart to fracture into a dizzying and often arbitrary constellation of boxes, many of which reflect the policy priorities of bygone Administrations, and we've fallen into a morass of complex reporting structures, overlapping functions, unnecessary and oppressive paper, turgid clearance procedures, and antiquated processes and policies.

No longer. The reorganization announced today will streamline Department reporting lines, optimize our workforce, and drive efficiencies in our operations. Secretary Rubio is committed to restoring our Department to its roots: results-driven diplomacy, powered primarily by our overseas posts and the regional bureaus in Washington. Returning to our traditional focus on particular regions and countries, both at our headquarters in Washington and at our foreign missions, will ensure that our foreign policy priorities are aligned with, and driven by, the President and his agenda.

Implementation will be led by an internal working group that will report to the Deputy Secretary for Management and Resources (D-MR). Until D-MR is confirmed, the working group will be organized by Acting Under Secretary Jose Cunningham (M), with leadership from D-MR staff, support from C staff, and messaging leadership from D. Between now and July 1, M and the task force will work with each of the Under Secretaries to develop thoughtful plans to implement these changes within each bureau and family.

We remain committed to carrying out this process in a smooth, timely, and straightforward manner to allow us to get about our work of serving the American people. To that end, we have created a dedicated internal site to provide ongoing updates and guidance. As of today, that site (accessible HERE) contains the Department's new organizational chart, an initial set of FAQs, and a fact-sheet on the reorganization. As the various Under Secretaries develop their bureaus' plans, we will share additional information about how this realignment will affect individual offices, functions, and employees.

For now, let me emphasize a few key points:

First, while this reorganization will streamline the Department's reporting lines and workforce, it will not result in any changes to the Department's ongoing programming. As the Secretary underscored following the conclusion of the recent full-scope programming review, the Department will continue, as necessary and consistent with relevant authorities, to align its activities and programs with the foreign policy priorities of the President and the Secretary.

Second, the reorganization announced today focuses only on the Department's domestic offices and will not affect any overseas embassies, posts, or operations. Our colleagues around the world will continue their work in the normal course, and we will continue to support them and ensure that they remain safe and supported from Washington. Indeed, one of the main objectives of this reorganization is to promote closer communication and alignment between our Washington headquarters and our missions around the world.

Third, while the Department is announcing its new structure, no offices are being reorganized today and no employment actions are occurring today. Rather, as noted, leadership will work to faithfully implement these changes by July 1. We welcome your feedback as we develop plans in the coming weeks. To that end, we've opened up a comment portal (available HERE), and encourage employees to share their ideas and suggestions.

2

Finally, as the Secretary has explained, one of the more significant long-term changes to the Department will be the realignment of the functions currently under the Under Secretary for Civilian Security, Democracy, and Human Rights (J) to the Office of Foreign Assistance and Humanitarian Affairs (F). None of the bureaus or offices in J are expected to experience any immediate change.

I'd like to thank you all in advance for your hard work and commitment to executing this reorganization, consistent with the Secretary's vision for our Department. I look forward to working with all of you to deliver a more efficient and effective State Department for our fellow Americans.

Sincerely yours,

**Christopher Landau**
Deputy Secretary of State (D)
United States of America

# EXHIBIT

# 2

**STATE DEPARTMENT REORGANIZATION FACT SHEET**
April 22, 2025

President Trump and Secretary Rubio are focused on realigning U.S. foreign policy to reflect America's core national interests and deliver better results for Americans. Over the past several decades, the Department's unchecked growth has created a proliferation of bureaus and offices with unclear or overlapping mandates, as well as blurred reporting lines. The Department does not speak with one voice, responsibility for policy implementation is divided and unaccountable, transparency is diminished, and, most importantly, outcomes for Americans are not optimized.

Secretary Rubio is committed to leading] a State Department that puts America First and that empowers the Department from the ground up, from bureaus to embassies.

The new organization chart (linked HERE) will allow the Department to better set and communicate the direction of American foreign policy. It will consolidate Department reporting lines, drive efficiencies in our operations, strengthen our workforce, and produce better outcomes for Americans both domestically and abroad.

To achieve this proposed structure and operational efficiency, the Under Secretaries have been charged with creating implementation plans that will be reviewed and approved by Department leadership.

As part of the plan, the Under Secretaries will also submit a path to reducing staff in domestic offices by 15 percent, consistent with the President's Workforce Optimization Initiative.

Consistent with all statutory obligations, some of the major components of the proposed reorganization plan include:

- <u>Overall toplines</u>: The Department will be consolidated from 734 bureaus / offices to 602, in addition to transitioning 137 offices to another location within the Department to increase efficiency.
- <u>Political Affairs (P)</u>: The reorganization will empower regional bureaus under P. These bureaus, along with our embassies, are the tip of the spear in our diplomatic efforts. Moving forward, the regional bureaus will absorb a number of functional issues to increase the authority, responsibility, and accountability of regional bureau heads, allowing them to seamlessly align policy with non-security foreign assistance and to provide leadership within the Department.
  - o Each of the regional bureaus will create an Office of Assistance that coordinates aid for the bureau. Some bureaus (e.g, EUR and NEA) already have such offices and so will not need to create something entirely new.
- <u>Arms Control and International Security (T)</u>: Security assistance, which has unique functions and authorities, will be consolidated in the T family so it can be managed comprehensively.
  - o To better align with this remit, the Bureau of International Narcotics and Law Enforcement Affairs (INL) and Bureau of Counter Terrorism (CT) will move into the T family.
  - o A new Bureau of Emerging Threats (ET) will consolidate various authorities and lines of effort to cohesively address 21st century threats related to cyber, AI, and space.
  - o Elements of Arms Control, Deterrence, and Stability (ADS) will be merged with the Bureau of International Security and Nonproliferation (ISN) and renamed to Bureau of Arms Control, Nonproliferation, and Stability (ANS).
- <u>Economic Growth, Energy, and Environment (E)</u>: Economic and commercial statecraft will be consolidated within the E family, absorbing functions that had previously been spread across other parts of the Department.
  - o This includes the Bureau of Cyberspace and Digital Policy (CDP), Office of the Science and Technology Adviser (S/STAS), Office of the Special Envoy for Critical and Emerging Technology (S/TECH), Bureau

2

of Global Health Security and Diplomacy (GHSD), Office of Sanctions Coordination (S/SC), and Special Presidential Coordinator for the Partnership for Global Infrastructure and Investment (S/PGII).

- The Bureau of Energy Resources (ENR) will also fold into the Economic and Business Affairs to ensure a laser-like focus on expanding and exporting American energy.

- Public Diplomacy (R): The R family will continue to serve as lead policymaker for the Department's overall public outreach and Department press strategies, as well as countering censorship globally.
    - The Office of Global Partnerships (E/GP) will move from the E-family.

- Management (M): The M family will continue to lead on issues related to the Department's budget, personnel, and physical assets, as well as its security and technology efforts.
    - All hiring authorities will be consolidated in Bureau of Global Talent Management (GTM), which will be renamed as Bureau of Personnel (PER) and be inclusive of the Foreign Services Institute (FSI).
    - Procurement authorities will be consolidated in a new Office of Global Acquisitions (M/GA) answering directly to the Under Secretary for Management.
    - Financial management functions will be consolidated under the Bureau of the Comptroller and Global Financial Services (CGFS) and IT functions under the Bureau of Diplomatic Technology (DT).

- Foreign and Humanitarian Affairs (F): A reimagined Office of the Coordinator of Foreign and Humanitarian Affairs will coordinate Department foreign assistance, which will be administered and managed by the regional bureaus.  Many of the functions from the Office of the Under Secretary for Civilian Security, Democracy, and Human Rights (J family) bureaus will be transferred and combined within F.
    - This will include folding the Offices of International Religious Freedom (IRF) and Special Envoy to Monitor and Combat Antisemitism (SEAS) into a Bureau of Democracy, Human Rights, and Labor (DRL).

3

- o The Office to Monitor and Combat Trafficking in Persons (TIP) will fold into the Bureau of Population, Refugees, and Migration (PRM).
  - o The Office of Global Criminal Justice (GCJ) and Conflict and Stabilization Operations (CSO) will be sunset.
  - o There will no longer be an Under Secretary for Civilian Security, Democracy, and Human Rights following the change in reporting lines.
- Executive Secretariats: Across the Department, the majority of EX offices will be consolidated at the Under Secretary level with several exceptions, e.g., INL, CA

Next steps:
- The Deputy Secretary for Management and Resources (D-MR) will lead the implementation.  Until D-MR is confirmed, the working group will be organized by Acting Undersecretary for Management Jose Cunningham, with leadership from D-MR staff and support from C staff.
- Under Secretaries will submit reorganization plans for the bureaus and offices under their responsibility. The plans will be submitted to the Office of the Deputy Secretary of State for Management and Resources (D-MR).

As part of this process, a *comment portal (linked HERE)* is available for members of the workforce to provided feedback.

# # #

4

# EXHIBIT
# 3

**Department Reorganization FAQs**

**(as of April 22, 2025)**

**\*Note: As needed, this FAQ will be updated with relevant information.  Please submit any questions you have to the comment portal (available HERE).\***

**Q: My office is being eliminated.  What happens to me and my colleagues?**
A: Consistent with applicable law, employees in offices being eliminated will receive Reduction-in-Force (RIF) notices within the next sixty (60) days. The specific effect of a RIF notice will depend on individual employment classifications, circumstances, seniority, and office assignment. GTM/CDA will work with employees and bureaus to facilitate new assignments as appropriate.

In general, Civil Service employees subject to RIF will be separated from the Department at the conclusion of a legally-sufficient notice period, with the exception of Senior Executive Service (SES) employees, who may be reassigned to other vacant SES positions.

Foreign Service employees subject to a RIF may be separated from federal service, or may be assigned to a different open global role within the Department. Foreign service employees who receive a RIF notice should contact their CDO for further guidance.

Generally, contract employees in offices being eliminated will receive termination notices within sixty (60) days, consistent with the contractual terms and rights in their individual agreements with the Department and third-party contractors.

The Secretary has tasked each Under Secretary with formulating specific reorganization and workforce optimization plans. Following approval of those plans by the Secretary, the Under Secretaries will communicate how these Department-wide changes will affect specific bureaus and offices that report to them.

1

**Q: My bureau is being moved to another office.  What happens to me and my colleagues?**
A: The Department will evaluate the staffing needs of the bureau on a position-by-position basis.  Decisions to realign or abolish positions may result in employees being reassigned or separated from federal service. As noted, Under Secretaries will be preparing reorganization and implementation plans for their bureau families. As those plans develop, there will be more specific guidance regarding what these changes mean for specific bureaus and employees.

**Q: Will my office physically move at this time?**
There are no immediate changes to work locations or schedules resulting from today's reorganization announcement. As bureau and family reorganization plans are developed, Under Secretaries will communicate any office or work location changes, and provide sufficient adjustment resources as required by law and Department policy.

**Q: During the reorganization, can employees in eliminated offices apply for open jobs in other bureaus?**
A: For employees affected by an upcoming RIF action, forthcoming RIF packets will contain specific and detailed information about transfer, separation, and career services rights and procedures. The following information reflects general practice under federal rules and regulations but is merely advisory and may not reflect individual circumstances.

Civil Service: When an office is eliminated as part of a reorganization, Civil Service employees affected by a reduction in force (RIF) are eligible for the Department's Career Transition Assistance Plan (CTAP).  Under CTAP, employees who meet the eligibility criteria receive priority consideration for vacancies in the Department.  To comply with CTAP procedures, the Department must post vacancies for a minimum of five business days before filling the position through reassignment or other means.  This gives eligible employees an opportunity to apply and be considered before other candidates.  After the employee's final separation date, if they have not secured another position, they may be eligible for the Interagency Career Transition Assistance Plan, or ICTAP, which provides similar priority consideration for vacancies in other federal

agencies. However, the CTAP and ICTAP provide limited opportunities due to the current hiring freeze.

Foreign Service: Foreign Service RIF procedures are set forth in the FAM. Foreign Service Officers may be eligible for reassignment to another open global position at the Department, depending on their individual circumstances and Department needs. Foreign Service Officers subject to a RIF should contact their CDO for further guidance.

**Q: Who is subject to Reduction in Force (RIF) procedures?  Are they different for Foreign Service and Civil Service?**
A: RIF procedures differ for Civil Service and Foreign Service employees, based on the legal authorities and policies that govern each personnel system.

Civil Service employees are subject to RIF procedures outlined in 5 CFR Part 351, which include factors such as organization, tenure group, length of service, performance ratings, and veterans' preference.  These rules determine the order of retention when positions are eliminated.  The Senior Executive Service (SES) are subject to different RIF rules (i.e., 5 U.S.C. 3595) than those that apply to General Schedule RIFs. Retention and job placement opportunities may depend on other factors, including whether an entire competitive area is being eliminated in the RIF action, and the applicability of the government-wide hiring freeze.

Foreign Service employees are subject to RIF procedures as outlined in Section 611 of the Foreign Service Act of 1980, which provides the legal authority for such actions.  The detailed procedures for implementing a RIF are specified in 3 FAM 2580 and explain the compilation of service wide retention registers by skill and grade – which include factors such as tenure groups, selection board ratings, veterans' preference and length of service. The present assignment of Foreign Service employees is not a factor for RIFs.

**Q: Will the centralization to the executive secretariat change the immediate functioning of the Department?**

3

No, this change will be communicated to the Department once a plan for centralization has been approved by Department leadership.

**Q: How will this affect transfer season?  What if my onward position is being eliminated?**
A: If a Foreign Service employee is assigned to a position that has been eliminated, they should contact their CDO for guidance.  GTM/CDA will work with employees and bureaus to facilitate new assignments.  You may have to rebid for your onward assignment depending on the reorganization plan submitted by your Under Secretary.

**Q: When will TalentMAP be updated to reflect the reorganization's changes?**
A: The Department evaluates staffing needs on an ongoing basis.  As with any bidding season, current projected vacancies may change.  Bidders are encouraged to take a close look at TalentMAP once the bid cycle opens, as their bidding preferences and strategies may be affected.  Our goal is to be transparent and to keep the workforce updated as decisions are made regarding the available positions in the Summer 2026 Cycle.

**Q: What is the status of additional voluntary retirement options?**
A: The Department of State is actively exploring voluntary retirement mechanisms and will have more information in the very near future.

**Q: What happens to overseas employees (Locally Employed Staff, Foreign Service, Civil Service, contractors) at posts during the reorganization?**
A: The reorganization announced today only affects domestic offices and personnel. No embassy, consulate or overseas post closure decisions have been made at this time. Likewise, no overseas personnel actions are being announced at this time. Operations at overseas posts should continue in the normal course.

**Q: When will I know what the new reorganization plan will be for my bureau?**
A: Once Department leadership has reviewed and approved a bureau/family plan, your Under Secretary will communicate how the reorganization will affect your bureau or office, and what your new reporting and organizational structure will look like.

4

**Q: What will happen to my benefits if I am RIFed?**
A: If you receive a RIF notice, it will include information on your benefits. All Department employees will receive all benefits and compensation to which they are entitled, and nobody will lose earned benefits as a result of this reorganization.

**Q: How much notice can I expect if I am subject to a RIF?**
A: All affected Department employees will receive a RIF notice period at least as long as the period required by law. Depending on individual circumstances, generally this means at least 60 or 90 days.

**Q: How does this impact ongoing programming?**

A: This reorganization will not result in any immediate changes to the Department's ongoing programming.  As the Secretary has made clear, following the conclusion of the recent full-scope programming review, the Department's ongoing programs will be fully supported and are expected to remain active. The Department will continue, as necessary and consistent with relevant authorities, to align its activities and programs to the foreign policy priorities of the President and Secretary.

**Q: How does this reorganization affect the J Family?**

As the Secretary has announced, the bureaus currently under the Under Secretary for Civilian Security, Democracy, and Human Rights (J) will be realigned to the Office of Foreign Assistance and Human Rights (F), transferred elsewhere within the Department, or abolished consistent with applicable law.

As with the rest of the Department, J family bureaus and offices will not experience any immediate change. Employees in these areas remain on active duty and approved programs will remain active, ongoing, and fully supported. A detailed implementation plan will be developed by July 1 to integrate or restructure functions currently within the J family.  No other organizational or reporting changes have been made at this time.

**Q: How does this reorganization relate to the USAID Integration?**

5

This Departmental reorganization is separate from the ongoing efforts to integrate certain USAID foreign assistance programs and functions to the Department. The existing USAID Transition Working Group, led by Ambassador Howard VanVranken, will continue to lead the Department's efforts to assume responsibility for USAID's ongoing foreign assistance programming by July 1. Today's announcements do not change the USAID integration plan or timeline.

While implemented separately, these two distinct reorganization efforts are highly complementary, and the Secretary and Department leadership continue to carefully consider the integration of former USAID programs and functions in developing and implementing the Department's reorganization plan.

**\*Note: As needed, this FAQ will be updated with relevant information.  Please submit any questions you have to the comment portal (available HERE).\***

# EXHIBIT 4



# NEW ORG CHART

Secretary of State (S) and Administrator for USAID

Deputy Secretary of State (D)

Deputy Secretary of State (D-MR)

Chief of Staff (COS)

Counselor (C)

United States Mission to the United Nations

Executive Secretariat (S/ES) Executive Secretary

## Under Secretary for Political Affairs (P)

- African Affairs (AF) Assistant Secretary
- East Asian and Pacific Affairs (EAP) Assistant Secretary
- European and Eurasian Affairs (EUR) Assistant Secretary
- Near Eastern Affairs (NEA) Assistant Secretary
- South and Central Asian Affairs (SCA) Assistant Secretary
- Western Hemisphere Affairs (WHA) Assistant Secretary
- International Organizations (IO) Assistant Secretary

## Under Secretary for Economic Growth, Energy, and Environment (E)

- Office of the Chief Economist (OCE)
- Economic & Business Affairs (EB) Assistant Secretary
- Oceans, Environment, and Int'l Scientific Affairs (OES) Assistant Secretary
- Global Health Security and Diplomacy (GHSD) Ambassador-At-Large
- Cyberspace and Digital Policy (CDP) Ambassador-At-Large
- Office of Global Food Security (GFS) Director

## Under Secretary for Arms Control and International Security (T)

- Arms Control, Nonproliferation and Stability (ANS) Assistant Secretary
- International Narcotics and Law Enforcement (INL) Assistant Secretary
- Political-Military Affairs (PM) Assistant Secretary
- Counterterrorism (CT) Ambassador-At-Large*
- Emerging Threats (ET) Assistant Secretary

## Under Secretary for Public Diplomacy and Public Affairs (R)

- Educational and Cultural Affairs (ECA) Assistant Secretary
- Global Public Affairs (GPA) Assistant Secretary

## Under Secretary for Management (M)

- Administration (A) Assistant Secretary
- Budget and Planning (BP) Director
- Comptroller, Global Financial Services (CGFS) Comptroller
- Consular Affairs (CA) Assistant Secretary
- Diplomatic Security (DS) Assistant Secretary*
- Office of Foreign Missions (OFM) Director
- Office of Global Acquisition (GA) Procurement Exec
- Global Talent Management (GTM) Director-General of Foreign Service & Director of Global Talent
- Diplomatic Technology (DT) Chief Information Officer*
- Office of Management Strategy and Solutions (M/SS) Director
- Medical Services (MED) Director
- Overseas Buildings Operations (OBO) Director

## Office of the Coord for Foreign Assistance and Humanitarian Affairs (F)

- Democracy, Human Rights, and Religious Freedom (DRL) Assistant Secretary
- Population, Refugees, and Migration (PRM) Assistant Secretary

---

- Office of Civil Rights and Ombudsman (S/OCR) Director
- Intelligence and Research (INR) Assistant Secretary
- Office of Inspector General (OIG) Inspector General
- Legislative Affairs (H) Assistant Secretary
- Office of the Legal Adviser (L) Legal Adviser
- Office of Policy Planning (S/P) Director
- Office of the Chief of Protocol (S/CPR) Ambassador
- Special Envoys and Special Representatives
- Office of the Spokesperson (S/SPOX)