# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | ) ) ) ) |
| *Plaintiff*, | ) ) Civil Action No. 25-1030 (PLF) |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) ) |
| *Defendants*. | ) ) |

## JOINT STATUS REPORT

Pursuant to this Court's April 15, 2025 Order (ECF No. 12), the parties respectfully submit this Joint Status Report "regarding the order of argument and time limits for opening argument and rebuttal" for the hearing scheduled for Monday, May 5, 2025 on Plaintiff's Motion for a Preliminary Injunction. Counsel for the parties jointly propose the following: (1) Plaintiff shall make its arguments first, and (2) Each side shall have thirty (30) minutes for oral argument, with the option to reserve up to ten (10) of those minutes for rebuttal.

DATED: May 2, 2025

Respectfully submitted,

By: */s/ Richard J. Hirn*
RICHARD J. HIRN
D.C. Bar No. 291849
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
(202) 274-1812
richard@hirnlaw.com

*Attorney for Plaintiff*
*American Foreign Service Association*

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
Assistant United States Attorney
D.C. Bar No. 447956
601 D St. NW
Washington, DC 20530
(202) 252-2528

2

Jeremy.simon@usdoj.gov

*Attorneys for the United States of America*

2