UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants.* | Civil Action No. 25-1030 (PLF) |

**<u>DEFENDANTS' NOTICE OF EXHIBITS</u>**

Defendants are attaching to this notice two exhibits printed from Plaintiff's website that were not referenced in Defendants' opposition to Plaintiff's motion for preliminary injunction but that Defendants may rely upon at the hearing scheduled for 2 p.m. on Monday, May 5, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
EMILY M. HALL
SARAH E. WELCH
Counsel to the Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

ALEXANDER K. HAAS
Director
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
LISA ZEIDNER MARCUS
Senior Counsel
LYDIA JINES
JEREMY MAURITZEN
Trial Attorneys
U.S. Department of Justice, Civil Division

1

Federal Programs Branch

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   /s/ *Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for the United States of America*

EXHIBIT ONE

# American Foreign Service Association

## THE VOICE OF THE FOREIGN SERVICE



## ABOUT AFSA

Since 1924, AFSA has been the unwavering voice of the U.S. Foreign Service. As both a professional association and the exclusive labor representative of the Foreign Service, we represent members from six federal agencies.

With over 80% of active-duty Foreign Service members choosing AFSA, our impact is undeniable. We champion the long-term vitality of a nonpartisan, professional Foreign Service—advocating on Capitol Hill, offering expert legal and career guidance, hosting impactful programs and events, and ensuring our members' voices are heard at the highest levels.

## MEMBERSHIP

**>18,000** MEMBERS

**14,275** ACTIVE DUTY

**3,900** RETIREES



- Active Duty Members
- Retiree Members

## U.S. FOREIGN SERVICE AGENCIES WE REPRESENT


The Department of State protects and promotes U.S. security, prosperity, and democratic values and shape an international environment in which all Americans can thrive.


The United States Agency for International Development (USAID) is the world's premier international development agency and a catalytic actor driving development results. USAID's work advances U.S. national security and economic prosperity.


The Foreign Commercial Service (FCS) is part of the U.S. Department of Commerce's International Trade Administration and serves American interests abroad by offering companies a full range of expertise in international trade.


The Foreign Agricultural Service (FAS) links U.S. agriculture to the world to enhance export opportunities and global food security.


The Animal and Plant Health Inspection Service (APHIS) protects the health and value of America's agricultural and natural resources because healthy and profitable American agriculture provides food and clothing for countless people worldwide and is a key pillar of our economy.


The U.S. Agency for Global Media (USAGM) aims to inform, engage, and connect people around the world in support of freedom and democracy.

## WHAT WE DO

AFSA offers a variety of benefits to members, including but not limited to:

- **OFFICE OF THE GENERAL COUNSEL (OGC)** Our team of legal experts provides guidance and individualized assistance to thousands of members each year on employment-related issues. As the union for the Foreign Service, AFSA is the sole bargaining unit and is responsible for collective bargaining agreements. Our team negotiates with the agencies for the best outcomes for our members.

- **EVENTS, PROGRAMS, AND PROFESSIONAL DEVELOPMENT** AFSA hosts in-person networking events and monthly webinars covering professional development, retirement planning, and advocacy-focused town halls.

- **GOVERNMENT ADVOCACY** AFSA is proud to champion the interests of the Foreign Service on Capitol Hill and with state and local governments. Advocacy efforts include protecting the International Affairs budget and warding off cuts during congressional appropriations, Foreign Service family support, in-state tuition, and mobile lifestyle financial protections.

- **EXCLUSIVE FOREIGN SERVICE CONTENT** We provide updates on key issues affecting FS employees; newsletters, including AFSA's curated Media Digest sent weekdays; and a subscription to *The Foreign Service Journal*.

WWW.AFSA.ORG

EXHIBIT TWO



# Frequently Asked Questions

MEMBERS (/MEMBERSHIP) > FAQS (/FAQS)

## What is AFSA?

AFSA is the professional association of all members of the Foreign Service. It is also the exclusive representative of the bargaining unit, which encompasses all Foreign Service employees of FCS, FAS, APHIS and USAGM, as defined by the 1980 Foreign Service Act. The Foreign Service is unique in that employees move in and out of the bargaining unit based on the position in which they are serving.

## Who can join AFSA?

All active-duty members of the Foreign Service at the six foreign affairs agencies are welcome to join AFSA as regular members, as are those who have retired from those agencies or left a Foreign Service career before becoming retirement-eligible. We also welcome associate members (see below). AFSA membership is available to all Foreign Service members regardless of whether they are a part of our bargaining unit. Currently, only members of FCS, FAS, APHIS, and USAGM are also considered members of the labor union part of AFSA when they join.

## What is the difference between the professional association and the union?

The four agencies still recognized as being represented by AFSA have the added benefits of collective bargaining and negotiations with the agencies on precepts, regulations, and impact and implementation. The professional association offers all other benefits of membership, including individual counseling on issues such as grievances, security clearances, etc. (See list of benefits – link to new one-pager.)

## Do I have to be a tenured member to join AFSA?

No, AFSA welcomes all incoming Foreign Service personnel as regular, voting members of the association.

## Can Consular Fellows join AFSA?



Yes, Consular Fellows are welcome to join AFSA as regular members.

## Can EFMs Join AFSA?

Eligible Family Members can join AFSA as associate members (/associate-membership) unless they are members of the Foreign Service Family Reserve Corps (FSFRC), in which case they may join as regular members.

## Who is a bargaining unit member?

AFSA is the exclusive representative of the bargaining unit, which encompasses all Foreign Service employees of FCS, FAS, APHIS and USAGM, as defined by the 1980 Foreign Service Act, with the following exceptions: Employees currently serving in positions designated as "management officials" or "confidential employees" are excluded from the bargaining unit, as are employees engaged in personnel work (in other than a purely clerical capacity) and those assigned to carry out functions of the Office of the Inspector General.

In practical terms, this means that those excluded are Foreign Service members serving as chief of mission, deputy chief of mission, management counselors or management officers, human resources officers, Regional Security Officers and Office Management Specialists who work in the front office or for a management counselor. However, there may be exceptions to these guidelines, so members should contact AFSA headquarters if questions arise as to whether a specific employee is in the bargaining unit. In addition, please bear in mind that non-bargaining unit employees can still be regular AFSA members.

## Can AFSA still provide guidance if I'm not in the bargaining unit?

Yes, AFSA frequently provides guidance to senior executive officers, members in the Office of the Inspector General's office, confidential employees and employees engaged in personnel work.

## How do I pay my membership dues?

You can pay online or by downloading and mailing in a membership application. Dues can be paid by check or credit card. You can select a few payment options, including quarterly installments and auto-renew, which automatically renews your membership each year.

## How does the installments option work?

When you sign up or renew, you will have the option to select quarterly installment payments on the payment page. In selecting this option, you will be charged 25% of your dues immediately, and then another 25% every three months for a year. In selecting this option, you authorize AFSA to charge your credit card every three months for your quarterly dues payment until you request that payments stop.

## What are the dues rates for active-duty and alumni Foreign Service members?

The annual and quarterly dues rates can be found by clicking here (/afsa-membership-dues-charts).

## I left the Foreign Service before becoming pension-eligible. Can I still join AFSA?

Absolutely! Such individuals are welcome to join AFSA as non-annuitant alumni members (/retired-membership).

## What do I need to know about associate membership?

We welcome anyone with an interest in the Foreign Service or diplomacy to join AFSA as an associate member. Note that as per the AFSA bylaws (/bylaws), article III section 3, all applications for associate membership must be approved by the membership committee. All those applying for AFSA associate membership will be asked to provide a statement of interest (no more than 200 words) about why they wish to join the association. Click here to learn more about associate membership (/associate-membership).

## I paid for an annual membership but am retiring or have decided to cancel my membership before the end of that 12-month period. Do I get a refund of membership dues for the remaining time?

AFSA only provides refunds in case of an error on our part or if ia member requests a refund of an annual payment within 2 weeks of the payment date. If you are anticipating a change to your employment status, we recommend selecting the quarterly installment option as that provides more flexibility. Note that there is not a refund option if you are paying via installments.

## I signed up online, but how can I be sure my membership is active?

You can check your membership status by logging in to the AFSA website and navigating to your My Account page. There you will see you membership status. Alternatively, email us at member@afsa.org (mailto:member@afsa.org).

## How do I log in to the web site?

Click here to log in (https://ams.afsa.org/eweb). AFSA members do not need to create a new account or register, all members have existing accounts. To log in, use your primary email address (*where you receive AFSA email correspondence*) as your username. Please use the Forgot Password feature to re-set your password if needed.

## Are AFSA membership dues tax-deductible?

AFSA membership dues are tax-deductible as a business expense for active-duty employees, subject to the usual 2-percent threshold of Adjusted Gross Income for itemized deductions.

## How does AFSA safeguard my personal information?

AFSA stores member information in a highly secure, third-party customer relationship management (CRM) system. AFSA has a very strict policy of never selling, sharing, or giving out member information.

## Why did my membership lapse?

Members who pay their dues annually via check or credit card and do not renew within 30 days of their expiration date are considered a **lapsed** member. This may have happened if you missed an invoice. Please make sure your address and email are updated on your account. It's easy to re-join online and if you haven't already consider opting in for auto-renewal so you don't have to worry about missing an invoice.

## As a new member, when should I begin receiving benefits?

If you joined with your incoming class during orientation, then all your AFSA member benefits begin immediately. You will regularly receive AFSA emails including our daily media digest, invitations to events, advocacy updates, and notices from the AFSA President. You will also receive *The Foreign Service Journal (fsj)* on or around the first week of the month. You can contact AFSA's Office of the General Counsel with any questions or guidance. (Please note, if you joined AFSA after your orientation period, there is a 6-month waiting period to access OGC legal guidance (/afsa-labor-management-explanation-services-and-scope-representation)

## I'm part of a tandem couple; do both of us need to pay membership dues?

Yes. In order to ensure that we can provide you with top legal guidance, personal assistance with travel vouchers, medical clearances and disciplinary actions, we rely on the full support of all members. Additionally, AFSA advocates for all its members collectively on assignments, promotions, travel regulations and other conditions of employment. Membership dues are collected to ensure that we can provide the services you expect, in the event that you need us.

## Can I purchase a lifetime membership?

The lifetime membership option was suspended in 2011 and is not currently available.

## How do I find out my membership number?

Your membership number can be found on the mailing label of *The Foreign Service Journal*, above your name. Alternatively, you will find it on the My Account page when you log into your account on the AFSA website.

## How do I update my mailing address?

You can update your mailing address by logging into your account on the AFSA website. On your My Account page you will see the option to update your address. Alternatively, you can complete our online Address Change request form (/address-change).

## Why does AFSA prefer to use DPO/FPO/APO addresses for overseas mailing?

In 2023, AFSA negotiated with the Department of State to reduce the amount of paper sent through the diplomatic pouch. As such, we encourage members to provide us with their DPO, APO or FPO address when serving abroad.

## Why does AFSA prefer residential addresses as opposed to internal agency addresses for those working domestically?

The Department of Labor requires that we use the last known home address when mailing ballots and election-related material to members during our biennial AFSA Governing Board elections.

## How do I cancel my AFSA membership?

We hate to see you go, but we make it easy. To cancel your membership, please send an email to us at member@afsa.org (mailto:member@afsa.org). If you are an active-duty member of the Foreign Service at FCS, FAS, APHIS, or USAGM and are paying via payroll deduction, you will have to fill out the required form SF1188 so that we can submit it to your agency. This process may take up to two pay periods to be completed at your agency.

## I haven't received *The Foreign Service Journal* for months. Where is it?

If you notice that the *Journal* is not being delivered, then that usually means we do not know where you are. Please update your address (/address-change) every time you move, no matter how brief the move may be.

Can I discontinue delivery of the physical copy of the *FSJ* if I prefer to read it online?

Yes. To cancel your print subscription, please send an email to journal@afsa.org (mailto:journal@afsa.org).

## In This Section

- **ACTIVE DUTY MEMBERSHIP**

- **ALUMNI/RETIREE MEMBERSHIP**

- **ASSOCIATE MEMBERSHIP**

- **RENEW YOUR MEMBERSHIP**

- **BENEFITS OF MEMBERSHIP**

- **ALUMNI/RETIREMENT RESOURCES**

- **RETIREMENT NEWSLETTER**

- **AFSA POST REPRESENTATIVES**

- **YOUR ELECTED REPRESENTATIVES**

- **ELECTIONS**

- **LABOR-MANAGEMENT GUIDANCE FROM OGC**

- PET ISSUES
- CHANGE YOUR ADDRESS
- INSURANCE INFORMATION
- FAQS
- CONTACT US



(/)

2101 E Street NW

Washington, DC 20037

Phone: (202) 338-4045

Fax: (202) 338-6820

Contact Us (/contact-us)

Members (/membership)

Publications (/publications)

Outreach (/outreach)

Students (/students)

Resources (/resources)



Awards & Honors (/awards-and-honors)

Policy (/policy)

About AFSA (/about-afsa)

# Follow Us

Stay up to date with the latest news

And information on our social accounts

(https://facebook.com/afsapage)
 (https://www.instagram.com/afsagram/)
(https://www.li
foreig

© 2023 by American Foreign Service Association. All Rights Reserved. **Privacy Policy (/sites/default/files/afsa_privacy_statement_and_conditions_of_use.pdf)**