IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 25-cv-1030-PLF |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

**[REVISED PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2025, upon consideration of the Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 10), it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Section 3 of the Executive Order entitled *Exclusions from Federal Labor-Management Relations Programs*, Exec. Order No. 14,251, 90 Fed. Reg. 14553 (Mar. 27, 2025) ("Executive Order"), is unlawful; and it is

FURTHER ORDERED that the Office of Personnel Management's *Guidance on Executive Order Exclusions from Federal Labor-Management Programs* (Mar. 27, 2025) ("OPM Guidance") is unlawful as applied to Plaintiff; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 3 of the Executive Order; and it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing the OPM Guidance as applied to Plaintiff; and it is

1

FURTHER ORDERED that the parties shall meet and confer and file a joint status report within one week from the date of this Order, proposing a joint schedule for how this case should proceed.

**SO ORDERED.**

Dated: _____      _____
                                HONORABLE PAUL L. FRIEDMAN
                                UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED WITH
## PROPOSED ORDER UPON ENTRY

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

RICHARD J. HIRN
5335 Wisconsin Avenue, NW, Suite 440
Washington, D.C. 20015

KEITH R. BOLEK
APRIL H. PULLIUM
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20015

SHARON L. PAPP
RAEKA SAFAI
American Foreign Service Association
2101 E Street, NW
Washington, D.C. 20037

EDWARD R. MARTIN, JR.
JEREMY S. SIMON
United States Attorney's Office for the District of Columbia
601 D. Street, N.W.
Washington, D.C. 20530