## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| AMERICAN FOREIGN SERVICE | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 25-1030 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

### JOINT STATUS REPORT

Pursuant to this Court's May 14, 2025 Order (ECF No. 36), the parties respectfully submit this Joint Status Report as regards a schedule for further proceedings in this matter.

1.      According to the docket, the current deadline for Defendants to answer or otherwise respond to the Complaint is June 13, 2025 (ECF No. 13).  Defendants state that they intend to file a dispositive motion in response to the Complaint.  Any schedule for such a motion, however, may be impacted by whether an appeal is taken of the preliminary injunction order in this matter (the Department of Justice's process for making that determination remains ongoing), as well as by any briefing schedule established by the D.C. Circuit in the government's appeal of the related case, *NTEU v. Trump*, Civ. A. No. 25-0935 (PLF) (D.D.C.).  Defendants note that, on May 16, 2025, the D.C. Circuit granted the Government's emergency motion to stay the injunction order this Court entered in the related case. *See NTEU v. Trump,* No. 25-5157 (D.C. Cir. May 16, 2025) (Dkt. # 2116273)*.*  The stay remains in effect pending appeal.  *Id.*

2.      The Plaintiff states that it intends to file a motion for summary judgment; however, the scheduling and timing of such a motion may depend upon whether the Defendants decide to

seek an appeal and/or an emergency stay of the Court's preliminary injunction, as well as the appellate court's disposition of the same.

      3.     The parties agree that they will be in a better position to propose a schedule for further proceedings once there are further developments as to the above matters and that it would be premature at this time to establish a briefing schedule for the parties' anticipated motions. Accordingly, the parties propose that they file a further status report by June 9, 2025, with their respective positions on a schedule for further proceedings in this matter.

DATED: May 20, 2025

Respectfully submitted,

*/s/ Richard J. Hirn*
RICHARD J. HIRN
D.C. Bar No. 291849
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
(202) 274-1812
richard@hirnlaw.com

*Attorney for Plaintiff*
*American Foreign Service Association*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
Assistant United States Attorney
D.C. Bar No. 447956
601 D St. NW
Washington, DC 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for the United States of America*