IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, ) ) ) ) *Plaintiff*, ) ) v. ) ) DONALD TRUMP, et al., ) ) *Defendants*. ) ) | Civil Action No. 25-cv-1030-PLF |

**NOTICE OF BOND POSTED BY PLAINTIFF
AMERICAN FOREIGN SERVICE ASSOCIATION**

On May 14, 2025, this Court issued an Order granting the motion for a preliminary injunction filed by Plaintiff American Foreign Service Association ("AFSA"). ECF No. 36. In the accompanying Opinion, the Court ordered AFSA to post a bond in the amount of $100 as security for the injunction, pursuant to Fed. R. Civ. P. 65(c). ECF No. 37 at 35. AFSA files this Notice to inform the Court that it has posted the required bond.

Local Civil Rule 65.1.1 provides that a "bond or undertaking may be in the form of a surety, cash or check." AFSA therefore submitted a check (Check No. 47240) in the amount of $100 to the Court's Finance Department via UPS delivery, sent on May 14, 2025. A copy of the check and accompanying cover letter sent to the Court is attached as Exhibit A. On May 20, 2025, the Finance Department issued a receipt confirming that it received the check on May 16, 2025 and that the purpose of the check was payment into the treasury registry. A copy of that receipt is attached as Exhibit B.

1

        Respectfully submitted,

By:    <u>/s/ April H. Pullium</u>

RICHARD J. HIRN
D.C. Bar No. 291849
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
(202) 274-1812
richard@hirnlaw.com

KEITH R. BOLEK
D.C. Bar No. 463129
APRIL H. PULLIUM
D.C. Bar No. 198026
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, Suite 800
Washington, D.C. 20015
(202) 362-0041
kbolek@odonoghuelaw.com
apullium@odonoghuelaw.com

SHARON L. PAPP
General Counsel
D.C. Bar No. 107992
RAEKA SAFAI
Deputy General Counsel
D.C. Bar No. 977301
American Foreign Service Association
2101 E Street, NW
Washington, DC 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff AFSA*