UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants.* | Civil Action No. 25-1030 (PLF) |

**JOINT STATUS REPORT AND MOTION BY DEFENDANTS
FOR AN EXTENSION OF TIME**

Pursuant to this Court's May 20, 2025 minute order, the parties respectfully submit this Joint Status Report as regards a schedule for further proceedings in this matter. The parties have conferred and jointly propose the following:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | August 4, 2025 |
| Defendants' Opposition and Motion to Dismiss or for Summary Judgment: | September 19, 2025 |
| Plaintiff's Opposition and Reply: | October 15, 2025 |
| Defendants' Reply: | November 13, 2025 |

The above allows for further developments in connection with the appeal of this Court's preliminary injunction order, and also accommodates existing commitments in undersigned counsels' schedules.

Moreover, according to the docket, the current deadline for Defendants to answer or otherwise respond to the Complaint is June 13, 2025 (ECF No. 13). In light of the above

proposed schedule, Defendants respectfully request the Court extend the response deadline to September 19, 2025, to coincide with Defendants' anticipated combined opposition and dispositive motion submissions. The parties have conferred and Plaintiff consents to this request.

DATED: June 9, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Richard J. Hirn* | JEANINE FERRIS PIRRO |
| RICHARD J. HIRN | United States Attorney |
| D.C. Bar No. 291849 | |
| 5335 Wisconsin Ave., NW, Suite 440 | |
| Washington, D.C. 20015 | By: */s/ Jeremy S. Simon* |
| (202) 274-1812 | JEREMY S. SIMON |
| richard@hirnlaw.com | Assistant United States Attorney |
| | D.C. Bar No. 447956 |
| *Attorney for Plaintiff* | 601 D St. NW |
| *American Foreign Service Association* | Washington, DC 20530 |
| | (202) 252-2528 |
| | Jeremy.simon@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |