UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Civil Action No. 25-1030 (PLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report and Motion by Defendants for Extension of Time, and the entire record herein, it is hereby

ORDERED that the motion for extension is granted; and it is

FURTHER ORDERED that Defendants' deadline to respond to the Complaint is extended to, and including, September 19, 2025; and it is

FURTHER ORDERED that the following briefing schedule shall apply to the parties' dispositive motions:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | August 4, 2025 |
| Defendants' Opposition and Motion to Dismiss or for Summary Judgment: | September 19, 2025 |
| Plaintiff's Opposition and Reply: | October 15, 2025 |
| Defendants' Reply: | November 13, 2025 |

SO ORDERED:

_____                     _____
Date                                    PAUL L. FRIEDMAN
                                        United States District Judge