# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, | ) ) ) ) |
| *Plaintiff*, | ) )  Civil Action No. 25-cv-1030-PLF |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) ) |
| *Defendants*. | ) ) |

### PLAINTIFF AMERICAN FOREIGN SERVICE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. Rs. Civ. P. 56 and 65, Plaintiff American Foreign Service Association ("AFSA") moves for summary judgment. AFSA respectfully submits a that there are no genuine issues of material fact with respect to the claims set forth in the Complaint and that AFSA is entitled to judgment as a matter of law on all of those claims.

As detailed in the accompanying Statement of Undisputed Facts and as explained in the accompanying Memorandum in Support, President Donald J. Trump issued Executive Order No. 14,251, *Exclusion from Labor-Management Relations Programs* on March 27, 2025. The Executive Order strips collective bargaining rights from hundreds of thousands of federal employees across the federal government, including the foreign service. Section 3 of the Executive Order removes all foreign service employees who work for the Department of State and the U.S. Agency for International Development from the coverage of Subchapter X of Chapter 52 of the Foreign Service Act ("Act"), which is also known as the Foreign Service Labor Management Relations Statute ("Subchapter X"). In so doing, the Executive Order exceeds the President's

authority, and is ultra vires, by improperly amending or repealing Subchapter X as to those the overwhelming portion of foreign service employees. The Executive Order also violates the First Amendment because the President admittedly issued the order in retaliation for AFSA's exercise of its First Amendment rights.

For these reasons, as explained further in the accompanying memorandum, AFSA respectfully requests that the Court grant this motion for summary judgment and enter the relief requested in the proposed order.

DATED: August 4, 2025                    Respectfully submitted,

                                    By:  /s/ Richard J. Hirn
                                         Richard J. Hirn
                                         D.C. Bar No. 291849
                                         5335 Wisconsin Ave., NW, Suite 440
                                         Washington, D.C. 20015
                                         (202) 274-1812
                                         richard@hirnlaw.com

                                         Keith R. Bolek
                                         Bar No. 463129
                                         April H. Pullium
                                         Bar No. 198026
                                         O'Donoghue & O'Donoghue LLP
                                         5301 Wisconsin Avenue, Suite 800
                                         Washington, D.C. 20015
                                         (202) 362-0041
                                         kbolek@odonoghuelaw.com
                                         apullium@odonoghuelaw.com

                                         Sharon L. Papp
                                         General Counsel
                                         D.C. Bar No. 107992
                                         Raeka Safai
                                         Deputy General Counsel
                                         D.C. Bar No. 977301
                                         American Foreign Service Association
                                         2101 E Street, NW
                                         Washington, DC 20037
                                         (202) 338-4045
                                         papp@afsa.org

safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association*